Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
Joshua A. Youngkin, SBN 332226
 jyoungkin@limandri.com
LiMANDRI & JONNA LLP
 *as Special Counsel to*
 THOMAS MORE SOCIETY
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

*Attorneys for Plaintiff*
*Captain Jeffrey Little*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPTAIN JEFFREY LITTLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY FIRE DEPARTMENT, a public entity, et al.<br><br>Defendants. | **Case No.: 2:24-cv-04353**<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. Josephine L. Staton<br>Ctrm: 8A<br>Date: August 9, 2024<br>Time: 10:30a.m.<br><br>Action filed: May 24, 2024 |

# RESPONSE TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Captain Jeffrey Little initiated this action on May 24, 2024, and all defendants were served shortly thereafter on June 3, 2024. *See* ECF Nos. 1, 21. After Captain Little stipulated to a brief extension of the responsive pleading deadline, the various defendants filed a Rule 12(b)(6) motion to dismiss on July 1, 2024. *See* ECF Nos. 28, 30. That motion to dismiss raised various factual arguments that could be mooted via amendment. *See, e.g.*, ECF No. 30-1 at pp.7:10-17, 10 n.2, 13:7-9, 20:14-27, 21:11-15, 22:5-13, 25:18-26.

Thus, pursuant to Fed. R. Civ. P. 15(a)(1)(B), on July 19, 2024, Captain Little filed a First Amended Complaint. *See* ECF No. 31. The filing of that First Amended Complaint renders the motion to dismiss moot. *See Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) ("Because the Defendants' motion to dismiss targeted the Plaintiff's First Amended Complaint, which was no longer in effect, we conclude that the motion to dismiss should have been deemed moot"); *cf. also Falck N. Calif. Corp. v. Scott Griffith Collaborative Sols., LLC*, 25 F.4th 763, 765 (9th Cir. 2022); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992); *Am. Concrete Agr. Pipe Ass'n v. No-Joint Concrete Pipe Co.*, 331 F.2d 706, 708 (9th Cir. 1964).

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: July 19, 2024          By: _____
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Joshua A. Youngkin
Attorneys for Plaintiff
Captain Jeffrey Little

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Plaintiff Captain Little, certifies that this brief contains 221 words, which complies with the word limit of L.R. 11-6.1.

Dated: July 19, 2024     By: _____
                              Paul M. Jonna

# CERTIFICATE OF SERVICE

*Captain Jeffrey Little v. Los Angeles County Fire Department, et al.*
U.S. Dist. Ct., C.D. Cal., W. Div. Case No.: 2:24-cv-4353-JLS-PD

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

DIMITRI D. PORTNOI, Esq.
dportnoi@omm.com
KYLE M. GROSSMAN, Esq.
kgrossman@omm.com
MARNI B. ROBINOW, Esq.
mrobinow@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 430 6000; Fax: (213) 430 6407
**Attorneys for Defendants County of Los Angeles, Fernando Boiteux, Arthur Lester, and Adam Uehara**

\_\_\_\_ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rancho Santa Fe, California in the ordinary course of business. The envelope was sealed and placed for collection and mailing on this date following our ordinary practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_X\_ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

\_X\_ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the above is true and correct.

Executed on July 19, 2024, at Rancho Santa Fe, California.

_____
Kathy Denworth