Charles S. LiMandri, SBN 110841
  cslimandri@limandri.com
Paul M. Jonna, SBN 265389
  pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
  jtrissell@limandri.com
Joshua A. Youngkin, SBN 332226
  jyoungkin@limandri.com
LiMANDRI & JONNA LLP
*as Special Counsel to*
  THOMAS MORE SOCIETY
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

*Attorneys for Plaintiff*
*Captain Jeffrey Little*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPTAIN JEFFREY LITTLE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY, a public entity, et al. <br><br> Defendant. | **Case No.: 2:24-cv-4353-JLS-PD** <br><br> **Declaration of Paul M. Jonna, Esq., in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss or Stay** <br><br> Judge: Hon. Josephine L. Staton <br> Courtroom: 8A <br> Hearing Date: December 19, 2025 <br> Hearing Time: 10:30 a.m. <br><br> Action Filed: May 24, 2024 |

DECL. OF PAUL M. JONNA, ESQ. ISO
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS OR STAY

I, Paul M. Jonna, Esq., declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in California, both state and federal. I am a partner with the law firm LiMandri & Jonna LLP, counsel of record for Plaintiff Captain Jeffrey Little. As such, I have personal knowledge of the matters set forth below and could and would testify thereto if called upon to do so. This declaration is submitted in support of Plaintiff's opposition to Defendants' motion to dismiss or stay this action.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff Captain Jeffrey Little's Verified Petition for Writ of Mandamus filed in *Little v. Los Angeles Cnty. Civ. Serv. Comm'n*, No. 25STCP03073 (Cal. Super. Ct., L.A. Cnty., Aug. 12, 2025).

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff Captain Jeffrey Little's Opening Brief for the Motion for Writ of Mandamus filed in *Little v. Los Angeles Cnty. Civ. Serv. Comm'n*, on November 28, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of attorney Paul M. Jonna's declaration in support of Plaintiff Captain Jeffrey Little's Motion for Issuance for Writ of Mandamus filed in *Little v. Los Angeles Cnty. Civ. Serv. Comm'n*, on November 28, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Administrative Record in Petition of Jeffrey Little, No. 24-211 (L.A. Civ. Serv. Comm'n, Nov. 6, 2024)

6. Attached hereto as **Exhibit 5** is a true and correct copy of Defendants' County Policy of Equity (CPOE) Policy Manual issued October 4, 2024.

I declare until penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 28th day of November 2025, at Rancho Santa Fe, California.

_____
Paul M. Jonna