Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
Joshua A. Youngkin, SBN 332226
 jyoungkin@limandri.com
LiMANDRI & JONNA LLP
*as Special Counsel to*
 THOMAS MORE SOCIETY
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

*Attorneys for Plaintiff*
*Captain Jeffrey Little*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPTAIN JEFFREY LITTLE, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LOS ANGELES COUNTY, a public entity, et al.<br><br>　　　　Defendants. | **Case No.: 2:24-cv-4353-JLS-PD**<br><br>**Plaintiff's Separate Statement of Evidentiary Objections in Opposition to Defendants' Motion to Dismiss; Declaration of Jeffrey M. Trissell**<br><br>Judge:　　Hon. Josephine L. Staton<br>Courtroom:　8A<br>Date:　　　December 19, 2025<br>Time:　　　10:30 a.m.<br><br>Action Filed: May 24, 2024 |

PLAINTIFF'S SEPARATE STATEMENT OF EVIDENTIARY OBJECTIONS

## EVIDENTIARY OBJECTIONS

| Item(s) Objected to: | Concise Objection: |
|---|---|
| **1.** Declaration of Dimitri D. Portnoi, dated December 5, 2025, and Exhibit A through Exhibit I thereto [ECF No. 82-2]. | New Evidence Submitted with Reply Briefing. *See Morris v. Guetta*, No. 12-cv-684, 2013 WL 440127, at *8 n.8 (C.D. Cal. Feb. 4, 2013) |
| **2.** Appendix A to Defendants' Reply Brief in Support of Motion to Dismiss or Stay [ECF No. 82-1]. | Use of Appendix to Circumvent Briefing Length. *See* L.R. 11-7; *Cheng Jiangchen v. Rentech, Inc.*, No. 17-cv-1490, 2017 WL 10363990, at *4 (C.D. Cal. Nov. 20, 2017). |
| **3.** Defendants' Reply in Support of Motion to Dismiss or Stay [ECF No. 82], page 7, lines 2-5: "The CSC certified only the two 'standard' issues and declined to certify the rest. *Id*.; Dkt. 80-10 at 66. Plaintiff may yet file a writ petition concerning the other issues. Cal. Civ. Proc. Code § 1094.5." | Misrepresentation to the Court. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 55 n.17 (1991). Here, as part of the pre-motion meet and confer, Plaintiff confirmed that he will not seek in the future to revive the issues that were not certified by the CSC for resolution. *See* Trissell Decl. ISO Obj. Exs. 6-7. |

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: December 8, 2025        By: _____
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Joshua A. Youngkin
Attorneys for Plaintiff
Captain Jeffrey Little

1
PLAINTIFF'S SEPARATE STATEMENT OF EVIDENTIARY OBJECTIONS

**DECLARATION OF JEFFREY M. TRISSELL**

I, Jeffrey M. Trissell, Esq., declare and state as follows:

1. I am an attorney at law duly licensed to practice before all courts in California, both state and federal. I am an attorney with the law firm LiMandri & Jonna LLP, counsel of record for Plaintiff Captain Jeffrey Little. As such, I have personal knowledge of the matters set forth below and could and would testify thereto if called upon to do so. This declaration is submitted in support of Plaintiff's opposition to Defendants' motion to dismiss or stay this action.

2. Attached hereto as **Exhibit 6** is a true and correct copy of a meet a confer letter dated November 20, 2025, in which Defendants wrote:

> Thank you for confirming that Plaintiff is not currently litigating his religious discrimination allegations before the Civil Service Commission or through the pending writ proceeding in the California Superior Court. We ask that you please also confirm that Plaintiff will not, in the future, seek to revive allegations of religious discrimination (including allegations of retaliation and failure-to-accommodate), free speech or free exercise violations, or anything similar, in any state administrative or judicial forum.

3. Attached hereto as **Exhibit 7** is a true and correct copy of Plaintiff's meet and confer response, dated November 20, 2025, stating:

> Confirmed, we will not raise those issues in any forum other than this federal lawsuit. Of course, as part of the administrative action, he will certainly need to reference the circumstances regarding the accommodation that was in place.

I declare until penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 8th day of December 2025, at Rancho Santa Fe, California.

_____
Jeffrey M. Trissell

2
PLAINTIFF'S SEPARATE STATEMENT OF EVIDENTIARY OBJECTIONS

**EXHIBIT 6**

**O'Melveny**

O'Melveny & Myers LLP  
400 South Hope Street  
Suite 1900  
Los Angeles, CA 90071-2811

T: +1 213 430 6000  
F: +1 213 430 6407  
omm.com

November 20, 2025

**Dimitri D. Portnoi**  
D: +1 213 430 7699  
dportnoi@omm.com

<u>**VIA EMAIL**</u>

Charles S. LiMandri  
Paul M. Jonna  
Jeffrey M. Trissell  
Joshua A. Youngkin  
LiMANDRI & JONNA LLP  
as Special Counsel to  
THOMAS MORE SOCIETY  
P.O. Box 9120  
Rancho Santa Fe, CA 92067  
Telephone: (858) 759-9930  
Facsimile: (858) 759-9938

Re:    <u>*Jeffrey Little v. Los Angeles County Fire Department et al.*, Case No. 2:24-cv-04353-JLS-PD—Meet & Confer Regarding Discovery</u>

Counsel:

This letter responds to the meet and confer letter you sent this afternoon. We address each point below in turn.

1. Thank you for confirming that Plaintiff is not currently litigating his religious discrimination allegations before the Civil Service Commission or through the pending writ proceeding in the California Superior Court. We ask that you please also confirm that Plaintiff will not, in the future, seek to revive allegations of religious discrimination (including allegations of retaliation and failure-to-accommodate), free speech or free exercise violations, or anything similar, in any state administrative or judicial forum.

2. Defendants did not agree to provide a PMK deponent on Topics 26(a), (b), and (d)—rather, the offer was to provide a PMK on those topics and a modified Topic 26(c) if we can receive the necessary assurances outlined above at point (1). Assuming Plaintiff can confirm the representation above, Defendants will agree to a PMK deponent on the following topics:

   a.  Those involved with deciding to issue a disciplinary suspension;

   b.  The reason for issuing the suspension;

   c.  The Notice of Intent to Suspend delivered on July 16, 2024; the Notice of Suspension dated October 24, 2024; and the reasons for issuing these two



        notices to the extent those reasons are memorialized in produced written documents; and

    d.    The implications of the suspension on Plaintiff's past, current, and future employment.

Please confirm whether the parties can agree on the above scope for the PMK, as we will otherwise proceed with a letter brief explaining Defendants' position that it is not proportional to the needs of the case to ask Defendants to prepare a PMK on every possible communication, evaluation, or deliberation—written or oral—arguably related to the suspension notices.

    3.    We agree to produce redacted versions of the IPM records for the two other individuals who requested accommodations from EA-231 and for the three individuals who requested accommodations from EA-232 and had their requests either granted or were informed that accommodations would not be granted in connection with just working near a flag.  Thank you for agreeing to treat these records as AEO.  As discussed with Ms. Robinow, we also ask that you agree to work with Defendants to maintain as much privacy as possible over the documents through trial itself as well.  Defendants reserve their rights to seek a modified protective order that includes AEO provisions as necessary.

    4.    We will get back to you with our position on RFP No. 50, taking into consideration Judge Mircheff's statements regarding RFP Nos. 48 and 49.  Even more so than the religious accommodation records, these documents contain many names and facts that could identify individuals, some of whom were investigated and no disciplinary action was taken, and some of whom were subjected to disciplinary action.  We are talking to our client and evaluating the feasibility of providing something that redacts PII and can still be comprehended.

    5.    We do not believe agreement on the above issues moot the issues raised in Defendants' 12(c) Motion.  Through the instant litigation and the Civil Service Commission Appeal, defendant is seeking the same ultimate relief—withdrawal of his suspension—in two separate forums.  As previously represented, Defendants would forego the 12(c) Motion if Plaintiff were to withdraw the Civil Service Commission Appeal and related writ proceeding with prejudice, but short of that, we do not see a likelihood of informally resolving the issues raised in the 12(c) Motion.

**We would appreciate hearing back from you with your position on Points (1) – (3) by 4:30 p.m. today.**

Sincerely,


*/s/  Dimitri D. Portnoi*


Dimitri D. Portnoi
of O'MELVENY & MYERS LLP

**EXHIBIT 7**

| | |
|---|---|
| **From:** | Paul Jonna |
| **To:** | Robinow, Marni; Jeffrey Trissell; Robert Weisenburger; Joshua Youngkin; Kathy Denworth; William Duke |
| **Cc:** | Portnoi, Dimitri D.; Grossman, Kyle; Brovman, Daniel |
| **Subject:** | RE: Little v. County of Los Angeles - Responses and Objections to Rule 30(b)(6) Notice |
| **Date:** | Thursday, November 20, 2025 3:50:00 PM |
| **Attachments:** | LAC-0000172.pdf<br>image001.png<br>LAC-0000265.pdf<br>LAC-0000278.pdf |

To respond to your letter:

For Item 1 – Confirmed, we will not raise those issues in any forum other than this federal lawsuit. Of course, as part of the administrative action, he will certainly need to reference the circumstances regarding the accommodation that was in place.

For Item 2 – re Topic 26(c), we would also need the witness to be prepared to discuss the meeting and discussions reflected in the attached documents.

Item 3 – sounds good.

Item 4 – we look forward to hearing from you regarding the CPOE files.

Item 5 – we disagree. The two actions seek vastly different relief, and there is no basis for dismissal or a stay.

Please confirm your position ASAP, and before 4:30pm.

**Paul M. Jonna** | Partner
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 |Direct: (858) 759-9133 |Fax: (858) 759-9938
pjonna@limandri.com | www.limandri.com



This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s).  If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law.  If you receive this transmission by error, please notify us by telephone immediately.  Thank you.

# CERTIFICATE OF SERVICE

*Captain Jeffrey Little v. Los Angeles County Fire Department, et al.*
USDC Court - Central District - Case No.: 2:24-cv-04353-JLS-PD

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

1. **Plaintiff's Separate Statement of Evidentiary Objections in Opposition to Defendants' Motion to Dismiss; Declaration of Jeffrey M. Trissell, Esq.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Dimitri D. Portnoi, Esq.
Kyle M. Grossman, Esq.
Marni B. Robinow, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 430 6000; Fax: (213) 430 6407
E-Mail: dportnoi@omm.com
E-Mail: kgrossman@omm.com
E-Mail: mrobinow@omm.com
**Attorneys for Defendants County of Los Angeles, Fernando Boiteux, Arthur Lester, and Adam Uehara**

___ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

_X_ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the above is true and correct.

Executed on December 8, 2025, at Rancho Santa Fe, California.

_____
Rebecca M. Oakley