NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CAPTAIN JEFFREY LITTLE,

      Plaintiff,

v.

LOS ANGELES COUNTY, et al.

      Defendants.

Case No.: 2:24-cv-4353-JLS-BFM

**ORDER AMENDING SCHEDULING ORDER PURSUANT TO JOINT STATUS REPORT (Doc. 95)**

The Court has received and reviewed the parties' Joint Status Report. (Doc. 95.) Finding good cause, the Court set a new case schedule as follows.

| Matter: | New Date: |
| --- | --- |
| Fact Discovery Cut-Off | February 20, 2026 |
| Last Day to Serve Initial Expert Reports | March 6, 2026 |
| Last Day to File Motions, including Dispositive Motions (except *Daubert* and all other Motions in Limine) | March 6, 2026 |
| Last Day to File Oppositions to Dispositive Motions | March 27, 2026 |
| Last Day to Serve Rebuttal Expert Reports | April 3, 2026 |
| Last Day to File Replies in Support of Dispositive Motions | April 10, 2026 |
| Last Day to Conduct Settlement Proceedings | April 24, 2026 |
| Expert Discovery Cut-Off | May 1, 2026 |
| Last Day to File *Daubert* Motions: | May 8, 2026 |
| Last Day to File Motion In Limine | June 26, 2026 |
| Final Pretrial Conference (Friday at 10:30 a.m.) | July 24, 2026 |

The parties shall notice any dispositive motions for an available date on the Court's calendar at the time of filing.

Dated: February 6, 2026

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2