DIMITRI D. PORTNOI (S.B. # 282871)
dportnoi@omm.com
KYLE M. GROSSMAN (S.B. # 313952)
kgrossman@omm.com
MARNI B. ROBINOW (S.B. # 313412)
mrobinow@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071
Telephone:  (213) 430 6000
Facsimile:   (213) 430 6407

*Attorneys for Defendants County of
Los Angeles, Fernando Boiteux,
Arthur Lester, and Adam Uehara*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Jeffrey Little,<br><br>            Plaintiff,<br><br>      v.<br><br>Los Angeles County Fire Department, et al.,<br><br>            Defendants. | Case No. 2:24-cv-04353-JLS-BFM<br><br>**DEFENDANTS' SEPARATE STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>*[Filed concurrently with Notice of Motion and Motion for Summary Judgment, Memorandum of Points and Authorities, and [Proposed] Order]*<br><br>Hearing Date: April 24, 2026<br>Hearing Time: 10:30 a.m.<br>Judge:  Hon. Josephine L. Staton<br>Courtroom:  8A<br><br>TAC Filed:  October 21, 2025<br>Trial Date:  None set |

Pursuant to Central District of California Local Rule 56-1 and the Court's Standing Order for Civil Cases, Defendants County of Los Angeles, Lifeguard Chief Fernando Boiteux, Assistant Chief Adam Uehara, and Section Chief Arthur Lester hereby submit this Statement of Uncontroverted Facts in support of Defendants' Motion for Summary Judgment.

| No. | Uncontroverted Fact | Supporting Evidence |
| --- | --- | --- |
| **Board of Supervisors Motion and EA-231** | | |
| 1. | In March 2023, the Board of Supervisors ("Board") passed a motion to fly the Progress Pride Flag ("PPF") during June at Los Angeles County ("County") facilities where the American and California flags are displayed and to explore ways the PPF can be flown at all County facilities to show support for LGBTQ+ communities during Pride Month. | Kim Decl. ¶3, Ex. A (Board of Supervisors resolution)<br><br>Third Amended Complaint ("TAC") ¶19 |
| 2. | The County Fire Department implemented the motion in May 2023 through a policy memorandum, EA-231, which provided guidance about which Department facilities with flagpoles should fly the PPF. | Portnoi Decl. Ex. K (Oliva Dep. Tr.) 32:17-24<br><br>Kim Decl. ¶4, Ex. B (EA-231)<br><br>TAC ¶20 |
| 3. | All Lifeguard Division employees, including Plaintiff, were sent EA-231 on May 25, 2023. | Portnoi Decl. Ex. B (Little Dep. Tr.) 59:18-60:21<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 37:8-38:14<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 115:18-116:3 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  |  | O'Brien Decl. ¶3, Ex. A (email correspondence attaching EA-231) |
| 4. | As a member of the Fire Department, following County policies is part of Plaintiff's job. | Portnoi Decl. Ex. B (Little Dep. Tr.) 19:4-7<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 117:15-118:6 |
| 5. | Under EA-231, if a flagpole could accommodate only the U.S. flag, the PPF would not be flown; otherwise, it would be. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 74:21-75:7<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.). 37:10-14, 226:4-12<br><br>Portnoi Decl. Ex. L, Mayfield Dep. Tr.. (Vol. II) 192:7-8, 194:4-6, 203:14-16<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 75:25-76:2<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 41:13-20, 48:2-25, 77:12-78:6, 79:23-80:11, 88:15-20<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 160:22-161:21<br><br>Kim Decl. ¶4, Ex. B (EA-231) |
| 6. | Under EA-231, Lifeguard Captains are responsible for making sure that the PPF is flown. | Kim Decl. ¶4, Ex. B (EA-231)<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 76:9-17<br><br>Portnoi Decl. Ex. L (Mayfield Dep. Tr. Vol. II) 233:13-24 |
| 7. | Typically, flags are flown using clasps, which are small metal | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 36:18-19, 224:8-18 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|-----|---------------------|---------------------|
|     | devices that can be added to a flagpole. | Portnoi Decl. Ex. O (Crum Dep. Tr.) 204:19-205:24<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 78:7-19<br><br>Lester Decl. ¶7, Ex. D (halyard clasp) |
| 8. | Large flags will hit the roof when flown at some lifeguard stations. | Portnoi Decl. Ex. O (Crum Dep. Tr.). 183:23-184:11, 185:2-5<br><br>Portnoi Decl. Ex. L (Mayfield Dep. Tr. Vol. II) 205:23-206:3.<br><br>Portnoi Decl. Ex. F (Power Dep. Tr.) 28:19-29:1<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 40:7-12, 48:10-25, 84:17-23 |
| 9. | Clasps on flagpoles at lifeguard stations sometimes break due to exposure to weather. | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 224:14-18<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 83:8-15 |
| 10. | In June 2023, clasps went missing at lifeguard stations. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 318:2-318:4<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.). 38:18-39:1, 226:4-12, 227:1-4<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 79:5-12, 81:11-21, 96:23-97:13<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 60:15-17, 153:24-154:25, |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|-----|---------------------|---------------------|
|  |  | 157:4-16, 160:9-13, 161:10-21, 162:5-16 |
| 11. | In June 2023, flag lines were cut at lifeguard stations. | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 64:12-18, 123:21-24 <br><br> Portnoi Decl. Ex. F (Power Dep. Tr.) 54:15-16 <br><br> Portnoi Decl. Ex. I (Uehara Dep. Tr.) 154:1-3, 154:17-18, 160:9-13, 161:10-21, 162:5-16 |
| 12. | In June 2023, flagpoles were taken down at lifeguard stations. | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 165:3-10, 196:7-8, 197:21-22, 213:18-214:22 <br><br> Portnoi Decl. Ex. F (Power Dep. Tr.) 54:15-16 <br><br> Portnoi Decl. Ex. E (Lester Dep. Tr.) 166:2-167:6 <br><br> Portnoi Decl. Ex. I (Uehara Dep. Tr.) 160:9-13, 161:10-21 |
| 13. | The Board motion and EA-231 did not account for differences in the size of flags, clasps breaking due to weather, the number of flags not remaining consistent, clasps going missing, flag lines being cut, or flagpoles being taken down. | Portnoi Decl. Ex. J (O'Brien Dep. Tr.) 53:15-23 <br><br> Portnoi Decl. Ex. E (Lester Dep. Tr.) 39:21-41:20 <br><br> Portnoi Decl. Ex. I (Uehara Dep. Tr.) 153:24-154:8, 157:4-16 |
| **Directive for 100% Compliance with EA-231** | | |
| 14. | In early June 2023, the PPF was not flown at some Lifeguard Division facilities where it could safely be flown. | Portnoi Decl. Ex. J (O'Brien Dep. Tr.) 68:1-4 |

5

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 38:18-39:1, 123:18-124:2, 213:18-214:22<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.). 79:15-24<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 49:14-50:2, 68:9-19<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 153:24-154:8, 157:4-16 |
| 15. | Beachgoers, lifeguards, and County Supervisors raised concerns about the PPF not consistently flying. | Portnoi Decl. Ex. J (O'Brien Dep. Tr.) 68:1-4<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.). 123:18-124:2, 124:12-21<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 68:9-19<br><br>Boiteux Decl. ¶¶3-4, Ex. A (email correspondence between Chief Boiteux and County Department of Beaches & Harbors) at LAC-0000028, Ex. B (email correspondence between Chief Boiteux and Supervisor Mitchell's Deputy of Constituent Engagement) at LAC-0001357<br><br>O'Brien Decl. ¶¶4-5, Exs. B (June 12, 2023 major incident report), C (June 20, 2023 major incident report) |
| 16. | The Board put extreme pressure on Fire Chief Anthony Marrone to | Portnoi Decl. Ex. J (O'Brien Dep. Tr.) 68:1-70:11 |

| No. | Uncontroverted Fact | Supporting Evidence |
|-----|---------------------|---------------------|
| | comply with the Board's motion regarding the flying of the PPF. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 154:14-22<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 124:12-21<br><br>Portnoi Decl. Ex. L (Mayfield Dep. Tr. Vol. II) 170:14-171:23<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 68:20-69:22 |
| 17. | On June 20, 2023 at 7:23 p.m. Chief Marrone requested an "immediate Teams meeting for all Chief Deputies and Deputy Chiefs." | Mayfield Decl. ¶4, Ex. B (email correspondence between Chief Marrone, chief deputies, and deputy chiefs) at LAC-0003223 |
| 18. | At the June 20, 2023 meeting that Chief Marrone had with his Chief Deputies and Deputy Chiefs, Chief Marrone relayed the importance of compliance with the Board's motion and EA-231 through the chain of command. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 151:1-154:22<br><br>Portnoi Decl. Ex. J (O'Brien Dep. Tr.) 77:17-25<br><br>Portnoi Decl. Ex. L (Mayfield Dep. Tr. Vol. II) 170:21-171:3, 171:18-25, 172:21-173:9, 180:12-14<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 68:9-69:22 |
| 19. | On June 20, 2023 at 7:14 p.m., Chief Marrone sent an email with "Progress Pride Flag FAQs" attached, asking his Chief Deputies to share it with their managers. | Portnoi Decl. Ex. J (O'Brien Dep. Tr.) 83:18-84:12<br><br>Mayfield Decl. ¶3, Ex. A (email correspondence between Chief O'Brien, Chief Mayfield, and division chiefs) at LAC-0002035-36 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  |  | O'Brien Decl. ¶6, Ex. D (email correspondence between Chief O'Brien, Chief Mayfield, and division chiefs) at LAC-0002036 |
| 20. | On June 20, 2023 at 8:20 p.m., Chief Deputy Jon O'Brien forwarded this email to his Deputy Chiefs, calling for 100% compliance with EA-231 and the Board motion. | Mayfield Decl. ¶3, Ex. A (email correspondence between Chief O'Brien, Chief Mayfield, and division chiefs) at LAC-0002035-36<br><br>O'Brien Decl. ¶6, Ex. D (email correspondence between Chief O'Brien, Chief Mayfield, and division chiefs) at LAC-0002035-36<br><br>Portnoi Decl. Ex. J (O'Brien Dep. Tr.) 83:18-84:12 |
| 21. | On June 20, 2023 at 8:34 p.m., Deputy Fire Chief William Mayfield forwarded Chief O'Brien's email to his Assistant Chiefs and indicated that the absence of clasps is "not an excuse" not to fly the PPF. | Mayfield Decl. ¶3, Ex. A (email correspondence between Chief O'Brien, Chief Mayfield, and division chiefs) at LAC-0002035<br><br>O'Brien Decl. ¶6, Ex. D (email correspondence between Chief O'Brien, Chief Mayfield, and division chiefs) at LAC-0002035 |
| 22. | Deputy Fire Chief Mayfield is the bureau commander for three Fire Department divisions, including the Lifeguard Division, the EMS Division, and all training aspects within the Department. | Portnoi Decl. Ex. L, (Mayfield Dep. Tr.) 26:7-8, 24:8-16<br><br>Mayfield Decl. ¶2 |
| 23. | The evening of June 20, 2023, Chief Fernando Boiteux conveyed Chief O'Brien's 100% directive to Chief Adam Uehara and the | Lester Decl. ¶3, Ex. A (email correspondence between Chief Boiteux, Chief Uehara, and section chiefs) at LAC-0001966 |

8

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | lifeguard section chiefs, including Chief Arthur Lester, instructing them to ensure that the PPF was raised at all fixed flagpoles under their management regardless of whether clasps were currently installed and report to him the next morning if any PPFs were missing or could not be flown. | Boiteux Decl. ¶¶5-6, Ex. C (email correspondence between Chief Boiteux, Chief Uehara and section chiefs) at LAC-0001343, Ex. D (text message correspondence between Chief Boiteux, Chief Uehara, and section chiefs) at LAC-0001495<br><br>Portnoi Decl. Ex. L (Mayfield Dep. Tr. Vol. II) 175:13-176:22, 185:24-186:11<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 69:4-22, 73:5-16<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 148:19-149:19 |
| 24. | At 8:00 a.m. on June 21, 2023, Chief Lester began ensuring that the fixed flagpoles at the sites he supervised were flying the PPF by either raising them himself or confirming that they were being flown. | Portnoi Decl. Ex. E (Lester Dep. Tr.). 69:23-70:20, 74:12-77:9<br><br>Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 197:13-16, 224:3-7 |
| 25. | Chief Lester visited all sites other than those on Catalina Island personally, including Area 17 (Dockweiler North, Dockweiler South, and El Segundo). | Portnoi Decl. Ex. E (Lester Dep. Tr.) 75:4-77:9<br><br>Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 197:13-16, 224:3-7 |
| 26. | At 10:22 a.m. on June 21, 2023, Chief Lester emailed Chief Boiteux confirming where the PPF was flying. | Lester Decl. ¶3, Ex. A (email correspondence between Chief Boiteux, Chief Uehara, and section chiefs) at LAC-0001965 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| **Plaintiff's 2023 Religious Accommodation Request** | | |
| 27. | On June 18, 2023, Plaintiff emailed Chiefs Boiteux, Kyle Power, and Danielle McMillon to request to be exempt from EA-231. | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 27:4-11

McMillon Decl. ¶2, Ex. A (email correspondence between Plaintiff, Captain Crum, and Chiefs Boiteux, McMillon, Power, Uehara, and Kim) at LAC-0001549

TAC ¶¶42-43 |
| 28. | Chiefs Power and McMillon were Plaintiff's usual supervisors in late June 2023. | Portnoi Decl. Ex. B (Little Dep. Tr.) 26:9-14 |
| 29. | Plaintiff's June 18, 2023 email was forwarded to Renee Nuanes-Delgadillo, who organized an interactive process meeting ("IPM") for June 19, 2023. | McMillon Decl. ¶2, Ex. A (email correspondence between Plaintiff, Captain Crum, and Chiefs Boiteux, McMillon, Power, Uehara, and Kim) at LAC-0001548-49

Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 100:13-101:18, 116:11-18

Portnoi Decl. Ex. H, (McMillon Dep. Tr.) 87:25-88:8, 99:10-21 |
| 30. | Chiefs Uehara and McMillon attended the June 19 IPM to represent the Lifeguard Division chain of command and provide an operational perspective on the feasibility of an accommodation. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 119:2-6

Portnoi Decl. Ex. H (McMillon Dep. Tr.) 108:18-22, 109:3-17

Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 114:3-117:3

Portnoi Decl. Ex. I (Uehara Dep. Tr.). 47:25-48:5, 48:22-25 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 31. | Ms. Nuanes Delgadillo and Rachel Lara attended the June 19 IPM as human resources representatives. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 18:5-20:6<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.). 47:25-49:3 |
| 32. | At the June 19 IPM, Plaintiff explained that he had religious objections to raising the PPF and to working in a place where he could see the PPF flying. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 170:13-15<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 107:16-108:1, 118:14-119:1<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 96:21-97:1, 97:7-13, 105:10-106:2, 137:24-138:2<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 89:2-90:16, 166:15-167:1<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001488-89, Ex. B (2023 IPM report) at LAC-0000374 |
| 33. | At the June 19 IPM, Plaintiff requested that he either not be required to fly the PPF at Will Rogers Beach or be reassigned to a site where he would not be responsible for flying the PPF. | Portnoi Decl. Ex. B (Little Dep. Tr.) 120:5-121:4<br><br>Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 163:18-164:5, 219:3-219:14<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 118:14-119:1<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 100:13-25, 101:8-16<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 130:6-12 |

11

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  |  | Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001488, Ex. B (2023 IPM report) at LAC-0000374 |
| 34. | As of June 19, 2023, Plaintiff was assigned to Will Rogers Beach. | Portnoi Decl. Ex. B (Little Dep. Tr.) 61:13-61:15

Portnoi Decl. Ex. I (Uehara Dep. Tr.) 110:4-7, 112:18-23, 191:15-19 |
| 35. | Plaintiff did not voice any objections to how two lifeguard towers at Will Rogers Beach were painted with the colors of the Pride Flag. | Portnoi Decl. Ex. B (Little Dep. Tr.) 118:3-120:4

Portnoi Decl. Ex. I (Uehara Dep. Tr.) 64:21-23, 110:4-25

Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001489, Ex. B (2023 IPM report) at LAC-0000375 |
| 36. | Plaintiff had previously been assigned to Venice Beach. | Portnoi Decl. Ex. I (Uehara Dep. Tr.) 110:7-9, 112:18-23 |
| 37. | Plaintiff did not voice any objections to working at Venice Beach, which has had a Pride Flag–painted tower since 2017. | Portnoi Decl. Ex. I (Uehara Dep. Tr.). 64:14-24, 109:23-110:25, 111:9-15 |
| 38. | At the June 19 IPM, Plaintiff's chain of command determined that it would be operationally feasible for him to work at Area 33, which covers Malibu Beach, for some dates in June 2023. | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 98:1-5, 109:18-110:4, 111:20-25, 112:12-17, 126:18-127:8, 187:24-188:6, 190:14-17

Portnoi Decl. Ex. O (Crum Dep. Tr.) 101:17-102:24, 104:10-105:9

Portnoi Decl. Ex. I (Uehara Dep. Tr.) 95:3-96:13, 127:12-16, 131:13-133:7 |

DEFENDANTS' SEPARATE STATEMENT OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  |  | Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001488-89, Ex. B (2023 IPM report) at LAC-0000374-75 |
| 39. | At the June 19 IPM, Plaintiff was told that there was a PPF flying at Zuma Headquarters, which is near Area 33 and where the Area 33 Captain's office is located, but that he would likely not be responsible for ensuring it was flying it because the Area 30 and Area 34 Captains also work out of that location and could ensure that it was flown. | Portnoi Decl. Ex. B (Little Dep. Tr.) 121:13-121:15, 127:24-127:25<br><br>Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 170:1-170:15<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 109:18-110:4, 111:20-25, 112:12-17, 126:18-127:8, 187:24-188:18, 190:14-17<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 101:17-102:24, 104:10-106:2<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 95:2-96:6<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001488-89, Ex. B (2023 IPM report) at LAC-0000374 |
| 40. | At the June 19 IPM, it was explained to Plaintiff that he may still need to ensure that the PPF was flown at Area 33. | Portnoi Decl. Ex. B (Little Dep. Tr.) 128:3-129:22.<br><br>Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 212:25-213:2<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 109:18-110:4, 111:20-25, 112:12-17, 126:18-127:8, 187:24-188:18, 189:5-14, 190:14-17 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | | Portnoi Decl. Ex. O (Crum Dep. Tr.) 101:17-102:24, 104:10-106:2<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001488-89, Ex. B (2023 IPM report) at LAC-0000374 |
| 41. | At the June 19 IPM, Plaintiff objected to instructing others to raise the PPF. | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 107:15-108:1<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 104:20-106:2<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 127:14-16<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001489, Ex. B (2023 IPM report) at LAC-0000374 |
| 42. | At the June 19 IPM, Plaintiff agreed to work at Area 33. | Portnoi Decl. Ex. B (Little Dep. Tr.) 127:24-128:1<br><br>Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 120:13-122:6<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 126:18-127:8<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.). 104:10-106:2<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001488-89, Ex. B (2023 IPM report) at LAC-0000374<br><br>TAC ¶¶49, 52 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 43. | At the June 19 IPM, Plaintiff never requested to lower the PPF. | Portnoi Decl. Ex. B (Little Dep. Tr.) 132:8-16.<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.). 285:6-9<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001488-89, Ex. B (2023 IPM report) at LAC-0000374-75<br><br>Portnoi Decl. Ex. S (Plaintiff's Responses to Requests for Admission) at 6-7 |
| 44. | At the end of the June 19 IPM, Ms. Nuanes-Delgadillo informed those present that she needed to follow up with the Department of Human Resources (who she had previously contacted but not yet heard from) and may reconnect regarding Plaintiff's request for a religious accommodation. | Portnoi Decl. Ex. B (Little Dep. Tr.) 131:22-132:5<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 109:21-110:4, 111:20-24, 112:12-17<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.). 112:8-17<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001489, Ex. B (2023 IPM report) at LAC-0000375 |
| 45. | Plaintiff did not indicate his disagreement with the characterization of events in Ms. Nuanes-Delgadillo's IPM summary after she emailed it to him on July 13, 2023. | Portnoi Decl. Ex. B (Little Dep. Tr.) 123:7-14, 126:4-10, 131:9-21 |
| 46. | Prior to Plaintiff's June 18 emailed accommodation request, he had been scheduled for a recall shift on June 21, 2023. | Portnoi Decl. Ex. B (Little Dep. Tr.) 148:16-149:4 |

15

| No. | Uncontroverted Fact | Supporting Evidence |
| --- | --- | --- |
|  |  | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 186:13-23, 187:24-188:6<br><br>McMillon Decl. ¶3, Ex. B (text message correspondence between Plaintiff and Chiefs McMillon and Uehara) at LITTLE.00481 |
| 47. | Recalls force employees to work on days and/or at locations where they are not already assigned. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 130:22-131:17<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 47:1-10, 68:5-13<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 105:8-19<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 59:19-60:1<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 233:24-234:3 |
| 48. | Chief McMillon offered to obtain a recall exemption for Plaintiff for June 21, 2023. | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 186:17-23, 187:24-188:6<br><br>Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 25:24-26:1, 42:3-9<br><br>McMillon Decl. ¶3, Ex. B (text message correspondence between Plaintiff and Chiefs McMillon and Uehara) at LITTLE.00481 |
| 49. | Lifeguards have two recall exemptions they can use per year, which allow them to decline a recall shift when they get recalled. | Portnoi Decl. Ex. O (Crum Dep. Tr.) 107:9-20 |

16

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| **Plaintiff's June 21, 2023 Shift at Area 17** | | |
| 50. | After his June 19 IPM, Plaintiff declined Chief McMillon's recall exemption offer and coordinated to switch shifts with another captain so that he would work at Area 17 on June 21, 2023. | Portnoi Decl. Ex. B (Little Dep. Tr.) 152:2-153:24, 170:13-170:23<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 186:17-23, 187:24-188:6<br><br>McMillon Decl. ¶3, Ex. B (text message correspondence between Plaintiff and Chiefs McMillon and Uehara) at LITTLE.00481<br><br>TAC ¶62 |
| 51. | Area 17 encompasses three substation areas, each of which contains multiple lifeguard towers: Dockweiler North ("DWS"), Dockweiler South ("DWS"), and El Segundo. | Lester Decl. ¶6 |
| 52. | On June 21, 2023, Plaintiff parked at Dockweiler HQ. | Portnoi Decl. Ex. B (Little Dep. Tr.) 195:5-9 |
| 53. | Dockweiler HQ is a Beaches and Harbors facility, not a Lifeguard Division facility. | Portnoi Decl. Ex. B (Little Dep. Tr.) 196:16-197:2<br><br>Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 147:10-15<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 115:19-116:17<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 183:16-22 |
| 54. | Plaintiff's shifts in June 2023, including on June 21, 2023, started at 10:00 a.m. | Portnoi Decl. Ex. B (Little Dep. Tr.) 143:4-13, 194:5-12 |

17

| No. | Uncontroverted Fact | Supporting Evidence |
| --- | --- | --- |
| 55. | Absent inclement weather, flags are usually raised before 10:00 a.m. | Portnoi Decl. Ex. B (Little Dep. Tr.) 143:22-144:5 |
| 56. | Plaintiff arrived at the beach on June 21, 2023 to find the PPF flying at Dockweiler South and Dockweiler North. | Portnoi Decl. Ex. B (Little Dep. Tr.) 201:12-16<br><br>Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 68:19-21<br><br>Gottschalk Decl. ¶¶2-3, Ex. A (July 5, 2023 Gottschalk CPOE interview) at 2:53-3:20, 6:30-38, Ex. B (Aug. 23, 2023 Gottschalk CPOE interview) at 7:30-46<br><br>Portnoi Decl. Ex. D (Plaintiff CPOE Interview) at 12:40-52, 17:07-10<br><br>Stormer Decl. ¶3, Ex. A (CPOE Investigative Report) at LAC-0000192, LAC-0000196 |
| 57. | Chief Lester had ensured that the PPF was raised at Dockweiler South and Dockweiler North on June 21 before Plaintiff arrived at work. | Portnoi Decl. Ex. B (Little Dep. Tr.) 202:12-18<br><br>Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 111:22-112:18<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 69:23-70:7, 75:4-77:9<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.). 283:23-284:7 |
| 58. | OLS Lauren Gottschalk was Plaintiff's direct report on June 21. | Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 26:2-5, 171:23-172:3, 187:23-188:5 |
| 59. | Plaintiff asked OLS Gottschalk if she would be okay with him | Portnoi Decl. Ex. B (Little Dep. Tr.) 206:14-206:17 |

18

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | removing the PPF at Dockweiler South | Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 86:13-15<br><br>Lester Decl. ¶5, Ex. C (CPOE complaint) at LAC-0000180 |
| 60. | OLS Gottschalk told Plaintiff that Chief Lester had ensured the PPF was raised that morning, that she was fine with the PPF up, and that she was concerned about receiving conflicting orders. | Portnoi Decl. Ex. B (Little Dep. Tr.) 206:5-207:10<br><br>Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 86:13-15, 87:23-88:24, 101:3-7, 101:22-103:4, 282:2-10<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 144:13-145:2<br><br>Lester Decl. ¶5, Ex. C (CPOE complaint) at LAC-0000180<br><br>Stormer Decl. ¶3, Ex. A (CPOE Investigative Report) at LAC-0000192, LAC-0000196 |
| 61. | Plaintiff took down the Dockweiler South PPF himself. | Portnoi Decl. Ex. B (Little Dep. Tr.) 204:22-205:21<br><br>Lester Decl. ¶5, Ex. C (CPOE complaint) at LAC-0000180<br><br>Stormer Decl. ¶3, Ex. A (CPOE Investigative Report) at LAC-0000192, LAC-0000196 |
| 62. | Plaintiff then drove to Dockweiler North and El Segundo, removing the PPF at both sites. | Portnoi Decl. Ex. B (Little Dep. Tr.) 200:2-10, 204:17-205:24, 210:3-13<br><br>Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 85:20-22, 86:13-15 |

| No. | Uncontroverted Fact | Supporting Evidence |
| --- | --- | --- |
| | | Stormer Decl. ¶3, Ex. A (CPOE Investigative Report) at LAC-0000196<br><br>Gottschalk Decl. ¶3, Ex. B (Aug. 23, 2023 Gottschalk CPOE interview) at 12:51-13:18<br><br>Portnoi Decl. Ex. D (Plaintiff CPOE interview) at 28:12-49<br><br>Hastings Decl. ¶¶4-5, Ex. A (video from El Segundo Beach) |
| 63. | When Plaintiff removed the PPF at El Segundo, he did so in view of the public and surrounded by participants in the County's junior lifeguard program. | Portnoi Decl. Ex. B (Little Dep. Tr.) 214:12-23, 216:1-217:12<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 177:7-14, 290:20-291:4<br><br>Hastings Decl. ¶¶4-5, Ex. A (video from El Segundo Beach) |
| 64. | Junior lifeguard participants are minors. | Portnoi Decl. Ex. B (Little Dep. Tr.) 16:12-17<br><br>Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 13:8-11<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 21:18-20 |
| 65. | Chiefs Lester, Uehara, and Boiteux learned of Plaintiff's conduct taking down the PPFs later in the day on June 21, 2023. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 170:9-19<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 105:24-106:11, 108:13-109:18, 111:15-25<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 172:7-173:1 |

20

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 66. | Chief Lester had not known that Plaintiff requested a religious accommodation until after Plaintiff lowered the PPFs on June 21, 2023. | Portnoi Decl. Ex. E (Lester Dep. Tr.) 106:13-14 |
| 67. | Chief Lester had not known that Plaintiff would be working at Area 17 until after Plaintiff lowered the PPFs on June 21, 2023. | Portnoi Decl. Ex. E (Lester Dep. Tr.) 102:15-103:3 |
| 68. | Chiefs Lester, Uehara, and Boiteux determined, after receiving guidance from the Department of Human Resources, that Plaintiff did not have an accommodation to work only at sites where the PPF was not flown. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 171:7-20  Portnoi Decl. Ex. E (Lester Dep. Tr.). 114:1-115:16, 117:4-5 |
| 69. | Chief Lester went to Area 17 to meet with Plaintiff and re-raise the PPF. | Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 165:24-166:7, 274:25-275:6  Portnoi Decl. Ex. E (Lester Dep. Tr.) 118:7-19, 121:23-122:2  Portnoi Decl. Ex. I (Uehara Dep. Tr.) 177:25-178:3 |
| 70. | On June 21, 2023, after learning that Plaintiff had lowered the PPFs, Chief Lester met privately with Plaintiff at Dockweiler North to discuss Plaintiff's lowering of the PPF. | Portnoi Decl. Ex. B (Little Dep. Tr.) 240:2-5  Portnoi Decl. Ex. E (Lester Dep. Tr.) 124:14-18 |
| 71. | Chief Lester has known Plaintiff since high school. | Portnoi Decl. Ex. B (Little Dep. Tr.) 48:9-15  Portnoi Decl. Ex. E (Lester Dep. Tr.) 13:11 |

21

| No. | Uncontroverted Fact | Supporting Evidence |
|-----|---------------------|---------------------|
| 72. | Chief Lester came up through the lifeguard ranks with Plaintiff | Portnoi Decl. Ex. B (Little Dep. Tr.) 48:9-50:9<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 13:11-22:22 |
| 73. | Chief Lester considers Plaintiff a friend. | Portnoi Decl. Ex. E (Lester Dep. Tr.) 13:21-22 |
| 74. | Chief Lester attended Plaintiff's wedding. | Portnoi Decl. Ex. B (Little Dep. Tr.) 49:12-13<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 20:23-21:1, 25:24-26:3 |
| 75. | When they spoke on June 21, 2023, Chief Lester asked if Plaintiff would re-raise the PPF. | Portnoi Decl. Ex. B (Little Dep. Tr.) 242:15-17<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 125:6-9, 125:17-18, 126:6-15 |
| 76. | When he spoke with Chief Lester on June 21, 2023, Plaintiff refused to re-raise the PPF, citing his religious beliefs. | Portnoi Decl. Ex. B (Little Dep. Tr.) 242:15-17<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 126:16-18<br><br>Portnoi Decl. ¶2, Ex. A (text message communications between Plaintiff and Captain Crum) at LITTLE.00257, LITTLE.01083 |
| 77. | After Plaintiff refused to re-raise the PPF on June 21, 2023, and cited his religious beliefs, Chief Lester said that he would re-raise it himself and ensure that someone else lowered it at the end of the day. | Portnoi Decl. Ex. B (Little Dep. Tr.) 242:24-243:5<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 126:19-127:25, 138:16-139:1, 140:8-19<br><br>Portnoi Decl. ¶2, Ex. A (text message communications between |

22

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | | Plaintiff and Captain Crum) at LITTLE.00257, LITTLE.01083 |
| 78. | On June 21, 2023, Plaintiff did not re-raise the PPFs in Area 17 after speaking with Chief Lester. | Portnoi Decl. Ex. B (Little Dep. Tr.) 243:1-8 <br><br> Portnoi Decl. Ex. E (Lester Dep. Tr.) 126:23-25, 127:9-10 |
| 79. | Chief McMillon had notified Plaintiff of the need for a second IPM on June 20, 2023 at 3:47 p.m. | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 132:14-23 <br><br> McMillon Decl. ¶3, Ex. B (text message correspondence between Plaintiff and Chiefs McMillon and Uehara) at LITTLE.00482 |
| 80. | After Chief Lester spoke with Plaintiff on June 21, 2023, Ms. Nuanes-Delgadillo convened a second IPM with Plaintiff. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 154:12-14 <br><br> Portnoi Decl. Ex. B (Little Dep. Tr.) 251:2-11 |
| 81. | At the time of Plaintiff's second IPM, Ms. Nuanes-Delgadillo did not know that Plaintiff had lowered the PPFs at Area 17 on June 21, 2023. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 149:3-151:6 |
| 82. | Ms. Nuanes-Delgadillo learned that Plaintiff had lowered the PPFs at Area 17 from Plaintiff in 2024. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 149:3-151:6 |
| 83. | At the June 21 IPM, Plaintiff was informed that not wanting to work under the PPF did not qualify him for an accommodation because there was no interference with a religious practice. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 172:18-173:21 <br><br> Portnoi Decl. Ex. O (Crum Dep. Tr.) 141:9-16, 144:7-15 <br><br> Portnoi Decl. Ex. H (McMillon Dep. Tr.) 127:25-128:3 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|-----|---------------------|---------------------|
|     |                     | Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001490, Ex. B (2023 IPM report) at LAC-0000375 |
| 84. | At the June 21 IPM, Plaintiff was informed that case law and County policies did not require the granting of his accommodation request. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 174:6-9<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 122:12-22, 142:1-11, 149:19-150:10<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001490, Ex. B (2023 IPM report) at LAC-0000375 |
| 85. | At the June 21 IPM, Plaintiff asked to submit time-off requests for the rest of June. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 184:4-11<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 143:21-144:15<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001491, Ex. B (2023 IPM report) at LAC-0000376 |
| 86. | At the June 21 IPM, Plaintiff was told that time-off requests would be handled by chain of command, outside the IPM process. | Portnoi Decl. Ex. G (Nuanes-Delgadillo Dep. Tr.) 184:4-11<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 144:7-15<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001491, Ex. B (2023 IPM report) at LAC-0000376 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 87. | At the June 21 IPM, Plaintiff asked whether he could remain at Area 33 for the remainder of June 2023. | Portnoi Decl. Ex. B (Little Dep. Tr.) 104:9-16<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001491, Ex. B (2023 IPM report) at LAC-0000376 |
| 88. | At the June 21 IPM, Chief McMillon told Plaintiff that he would return to his normal assignment on either June 29 or 30, 2023. | Portnoi Decl. Ex. H (McMillon Dep. Tr.) 152:16-23<br><br>Nuanes-Delgadillo Decl. ¶¶3-4, Ex. A (2023 IPM notes) at LAC-0001491, Ex. B (2023 IPM report) at LAC-0000376 |
| 89. | On June 21, 2023, Plaintiff emailed Chief Uehara asking to use his benefit time to take off his shifts for the rest of June. | Uehara Decl. ¶4, Ex. B (email correspondence between Plaintiff and Chief Uehara) |
| 90. | On June 21, 2023, Chief Uehara emailed Plaintiff that he could use his benefit time "as long as it did not cause a recall," and that he could use a time exchange with another Captain. | Portnoi Decl. Ex. I (Uehara Dep. Tr.) 237:24-238:3, 263:14-22<br><br>Uehara Decl. ¶4, Ex. B (email correspondence between Plaintiff and Chief Uehara) |
| | **Effects of Recalls on the County** | |
| 91. | Lifeguards bid on benefit time annually, so their schedules are determined during the preceding calendar year. | Portnoi Decl. Ex. B (Little Dep. Tr.) 275:16-276:10<br><br>Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 230:19-231:11<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 49:6-51:6, 61:12-62:14<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 55:13-17 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | | Portnoi Decl. Ex. I (Uehara Dep. Tr.) 99:8-14, 234:16-20, 236:22-237:7<br><br>Kim Decl. ¶7, Ex. E ("L Manual") at LAC-0003412 |
| 92. | Lifeguards have certain job protections, and the County's ability to alter schedules and assignments is circumscribed. | Portnoi Decl. Ex. O (Crum Dep. Tr.) 51:12-15<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 55:4-8, 55:17-21, 58:8-10, 161:23-162:18<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 92:17-23, 223:12-19<br><br>Kim Decl. ¶6, Ex. D (Memorandum of Understanding) at LITTLE.00815 |
| 93. | The County is subject to a memorandum of understanding ("MOU") between itself and the L.A. County Lifeguard Association ("LACoLA"), the County's collective bargaining unit. | Portnoi Decl. Ex. Q (Kim Dep. Tr.) 129:10-19, 132:4-9<br><br>Portnoi Decl. Ex. J (O'Brien Dep. Tr.) 119:17-19<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 42:19-43:6<br><br>Kim Decl. ¶6, Ex. D (Memorandum of Understanding) |
| 94. | The MOU is akin to a collective bargaining agreement, signed by the President of LACoLA and the Chief Executive Officer of the County. | Portnoi Decl. Ex. Q (Kim Dep. Tr.) 129:10-19, 132:4-9<br><br>Portnoi Decl. Ex. F (Power Dep. Tr.) 66:4-10 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|-----|---------------------|---------------------|
|     |                     | Kim Decl. ¶6, Ex. D (Memorandum of Understanding) at LITTLE.00856 |
| 95. | Under the MOU, lifeguards have certain job protections, including that the County generally cannot unilaterally alter schedules and assignments. | Portnoi Decl. Ex. Q (Kim Dep. Tr.) 132:4-9<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 44:7-45:4, 56:11-14<br><br>Kim Decl. ¶6, Ex. D (Memorandum of Understanding) at LITTLE.00815 |
| 96. | Except in the case of emergencies, the County cannot change a lifeguard's work location, workweek, or daily shift time less than five days in advance. | Portnoi Decl. Ex. O (Crum Dep. Tr.) 44:7-45:4, 56:11-14<br><br>Kim Decl. ¶6, Ex. D (Memorandum of Understanding) at LITTLE.00815 |
| 97. | There are minimum staffing requirements for captains in summer months due to public safety concerns. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 116:20-23<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 62:16-63:5, 101:12-14, 103:13-104:5, 104:12-17, 105:8-19, 105:25-105:2<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 47:1-10<br><br>Portnoi Decl. Ex. L (Mayfield Dep. Tr. Vol. I) 134:21-135:5, 135:25-136:10<br><br>Portnoi Decl. Ex. F (Power Dep. Tr.) 38:3-5 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | | Portnoi Decl. Ex. I (Uehara Dep. Tr.) 99:15-20, 207:10-22, 243:11-21, 244:7-14 |
| 98. | Many lifeguard employees take preapproved vacation time in the summer. | Portnoi Decl. Ex. B (Little Dep. Tr.) 72:25-73:13<br><br>Portnoi Decl. Ex. H (McMillon Dep. Tr.) 62:16-63:5, 103:13-104:5<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 62:19-63:2, 106:20-108:17<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 204:8-11, 258:9-13 |
| 99. | Recalls jeopardize the Lifeguard Division's public safety mission. | Portnoi Decl. Ex. E (Lester Dep. Tr.) 55:4-8, 59:19-60:1, 163:11-164:13<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 92:23-93:2, 99:15-24, 258:4-258:18<br><br>Portnoi Decl. Ex. O (Crum Dep. Tr.) 47:1-10 |
| 100. | Recalls impinge on employees' physical and mental health. | Portnoi Decl. Ex. I (Uehara Dep. Tr.) 92:23-93:2, 99:15-100:2, 258:4-258:13, 260:17-22<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 158:22-159:5<br><br>Portnoi Decl. Ex. Q (Kim Dep. Tr.) 114:17-116:19<br><br>Kim Decl. ¶8, Ex. F (Wellness Recall Exemption Pilot Program), Ex. G (Addressing Fire Department |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | | Workplace Trauma or Potential Workplace Trauma resolution) |
| 101. | On June 22, 2021, the Board issued a Board Motion, "Addressing Fire Department Workplace Trauma or Potential Workplace Trauma," in response to a murder and attempted murder, and subsequent suicide, perpetrated by a firefighter against two other firefighters. | Portnoi Decl. Ex. Q (Kim Dep. Tr.) 114:17-118:20<br><br>Kim Decl. ¶8, Ex. G (Addressing Fire Department Workplace Trauma or Potential Workplace Trauma resolution) |
| 102. | The Board Motion directed the Fire Department's Executive Staff to draft a report that, in relevant part, addressed how to "[r]educ[e] staff recall due to vacancies and injury vacancies by at least 50% by March 1, 2022." | Portnoi Decl. Ex. Q (Kim Dep. Tr.) 114:17-118:20<br><br>Kim Decl. ¶8, Ex. G (Addressing Fire Department Workplace Trauma or Potential Workplace Trauma resolution) at LAC-0003272-73 |
| 103. | The Lifeguard Division's staffing and vacancy issues—particularly at the captain level—contributed to increased recalls in 2023 and, as a result, mental health issues. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 227:21-24<br><br>Portnoi Decl. Ex. Q (Kim Dep. Tr.) 115:9-17<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 260:17-22 |
| 104. | Recalls cost additional money for overtime for recalled staff. | Portnoi Decl. Ex. I (Uehara Dep. Tr.) 249:8-12, 251:9-21, 252:3-13, 253:15-23, 257:7-257:22<br><br>Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 215:8-215:23 |
| **Chief Lester's CPOE Complaint Regarding Plaintiff's June 21, 2023 Conduct** | | |
| 105. | Chief Lester spoke with OLS Gottschalk on June 21, 2023 | Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 165:24-166:7 |

DEFENDANTS' SEPARATE STATEMENT OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | regarding Plaintiff's lowering of the PPFs. | Portnoi Decl. Ex. E (Lester Dep. Tr.) 128:1-129:12 |
| 106. | When they spoke, OLS Gottschalk informed Chief Lester that Plaintiff's lowering the PPF had been in public view. | Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 144:17-20, 166:12-167:5, 196:13-197:2, 199:10-15, 201:1-12<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 128:12-129:12 |
| 107. | Chief Lester believed that Plaintiff's conduct made OLS Gottschalk uncomfortable and constituted a potential violation of the County Policy of Equity ("CPOE"). | Portnoi Decl. Ex. E (Lester Dep. Tr.) 129:13-130:6, 134:2-19, 134:24-135:7<br><br>Portnoi Decl. Ex. M (Gottschalk Dep. Tr.) 171:15-18 |
| 108. | Chief Lester is a mandated reporter of violations of the CPOE. | Portnoi Decl. Ex. P (Stormer Dep. Tr.) 44:6-45:15<br><br>Portnoi Decl. Ex. E (Lester Dep. Tr.) 129:13-20, 130:2-6 , 134:24-135:7 |
| 109. | Failure to file a CPOE complaint as a mandated reporter can lead to discipline. | Portnoi Decl. Ex. E (Lester Dep. Tr.) 135:4-7<br><br>Portnoi Decl. Ex. P (Stormer Dep. Tr.) 53:4-16 |
| 110. | Chief Lester filed a CPOE complaint the evening of June 21, 2023. | Portnoi Decl. Ex. E (Lester Dep. Tr.) 130:16-131:1<br><br>Lester Decl. ¶5, Ex. C (CPOE complaint) |
| 111. | The CPOE complaint that Chief Lester filed related to Plaintiff's request that OLS Gottschalk lower the PPF at Dockweiler South and | Lester Decl. ¶5, Ex. C (CPOE complaint) at LAC-0000180-81 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
|  | Plaintiff's subsequent lowering of the PPF. |  |
| 112. | The CPOE complaint that Chief Lester filed did not relate to Plaintiff's inability to fulfill his job requirements. | Lester Decl. ¶5, Ex. C (CPOE complaint) at LAC-0000180-81 |
| 113. | Lifeguards other than OLS Gottschalk contacted Chief Lester and Chief Uehara regarding Plaintiff's actions lowering the PPF on June 21, 2023. | Portnoi Decl. Ex. E (Lester Dep. Tr.) 171:4-7  Portnoi Decl. Ex. I (Uehara Dep. Tr.) 289:17-290:23  Lester Decl. ¶4, Ex. B (text message correspondence between ocean lifeugard specialist and Chief Lester)  Uehara Decl. ¶3, Ex. A (text message correspondence between ocean lifeguard and Chief Uehara) |
| 114. | One lifeguard took a video of Plaintiff lowering the PPF at El Segundo on June 21, 2023. | Portnoi Decl. Ex. I (Uehara Dep. Tr.) 177:2-14, 290:3-23  Hastings Decl. ¶5, Ex. A (video from El Segundo Beach)  Uehara Decl. ¶3, Ex. A (text message correspondence between ocean lifeguard and Chief Uehara) |
| **Plaintiff's Discipline for His June 21, 2023 Conduct** | | |
| 115. | Plaintiff worked at Area 33 on June 22, 2023. | Portnoi Decl. Ex. B (Little Dep. Tr.) 269:3-7  Portnoi Decl. Ex. H (McMillon Dep. Tr.) 163:13-16 |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 116. | On June 22, 2023, Chief Boiteux received from his chain of command a Direct Order addressed to Plaintiff requiring him to comply with EA-231. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 253:23-256:9<br><br>Boiteux Decl. ¶7, Ex. E (Direct Order) |
| 117. | The Direct Order ordered Plaintiff to either "(1) Fly the[PPF] as instructed in [EA-231] during the month of June OR (2) Ensure that the PPF is flown as instructed in EA-231 during the month of June." | Boiteux Decl. ¶7, Ex. E (Direct Order) |
| 118. | The Direct Order was prepared because Plaintiff took down the PPFs on June 21, 2023. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 255:16-256:1<br><br>Portnoi Decl. Ex. L (Mayfield Dep. Tr. Vol. II) 263:22-25, 265:24-266:10 |
| 119. | On June 22, 2023, Chief Boiteux delivered the Direct Order to Plaintiff. | Portnoi Decl. Ex. B (Little Dep. Tr.) 284:22-285:3 |
| 120. | Also on June 22, 2023, Plaintiff emailed Chief Uehara to state that he would be leaving work early because he was mentally and physically sick. | Portnoi Decl. Ex. B (Little Dep. Tr.) 274:6-12<br><br>Portnoi Decl. Ex. I (Uehara Dep. Tr.) 263:23-264:20<br><br>Uehara Decl. ¶4, Ex. B (email correspondence between Plaintiff and Chief Uehara) |
| 121. | Plaintiff remained on sick leave for the remainder of June 2023. | Portnoi Decl. Ex. B (Little Dep. Tr.) 283:24-284:7 |
| 122. | The County removed Plaintiff from his role on the Background Investigation Unit because Plaintiff was the subject of an investigation. | Portnoi Decl. Ex. Q (Kim Dep. Tr.) 342:1-342:16, 343:2-21 |

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 123. | The Background Investigation Unit investigates prospective employees and handles sensitive applicant and personnel information. | Portnoi Decl. Ex. Q (Kim Dep. Tr.) 339:6-340:4, 343:2-21 |
| 124. | The County investigated the CPOE complaint against Plaintiff through its usual channels. | Portnoi Decl. Ex. P (Stormer Dep. Tr.) 40:14-43:24, 61:3-62:2, 75:1-78:2 |
| 125. | The process for investigating a CPOE complaint involves an investigation and interviews. | Portnoi Decl. Ex. P (Stormer Dep. Tr.) 12:11-13:15, 17:2-18:5, 22:22-24:16, 40:14-43:24, 61:3-62:2, 75:1-78:2 |
| 126. | The CPOE investigation process occurs separate from the specific departments, such as the Fire Department. | Portnoi Decl. Ex. P (Stormer Dep. Tr.) 27:8-28:18 |
| 127. | The County Equity Oversight Panel determined that the allegations in the CPOE complaint against Plaintiff were substantiated and rose to the level of a CPOE violation. | Portnoi Decl. Ex. P (Stormer Dep. Tr.) 80:10-22<br><br>Stormer Decl. ¶4, Ex. B (CPOE Briefing Information and Recommendations) at LAC-0000173-74 |
| 128. | The Fire Department investigated Plaintiff for violating the County's flag policy when he lowered the PPFs. | Portnoi Decl. Ex. Q (Kim Dep. Tr.) 307:9-308:3 |
| 129. | The Fire Advisory Board determined based on the Fire Department's investigation that a suspension was appropriate. | Portnoi Decl. Ex. Q (Kim Dep. Tr.) 307:9-308:3 |
| 130. | Based on Plaintiff's CPOE violation and the FAB's conclusion, the County issued Plaintiff a notice of 15-day suspension on October 24, 2024. | Uehara Decl. ¶5, Ex. C (Notice of Suspension) |

DEFENDANTS' SEPARATE STATEMENT
OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 131. | Chief Boiteux was not involved in the CPOE review process, including the decision to remove Plaintiff from the Background Investigation Unit or to suspend him. | Portnoi Decl. Ex. N (Boiteux Dep. Tr.) 293:18-294:24 |
| 132. | Chief Uehara had no knowledge of the briefing findings regarding the CPOE complaint that Chief Lester filed against Plaintiff. | Portnoi Decl. Ex. I (Uehara Dep. Tr.) 341:15-22 |
| 133. | Chief Lester was not involved in the CPOE review process after he filed the CPOE complaint against Plaintiff on June 21, 2023. | Portnoi Decl. Ex. E (Lester Dep. Tr.) 150:25-151:10 |
| **Plaintiff's 2024 Religious Accommodation Request** | | |
| 134. | In 2024, Plaintiff requested a religious accommodation in advance of Pride Month, on May 8, 2024. | Nuanes-Delgadillo Decl. ¶5, Ex. C (email correspondence between Plaintiff and Ms. Nuanes-Delgadillo) at LAC-0000507-08 |
| 135. | The Fire Department issued EA-232, which provided guidance about which Department facilities with flagpoles should fly the PPF in 2024, on May 30, 2024. | Kim Decl. ¶5, Ex. C (EA-232) |
| 136. | In 2024, the County held IPMs with Plaintiff on both May 29, 2024 and May 31, 2024. | Portnoi Decl. Ex. O (Crum Dep. Tr.) 179:8-16 <br><br> Nuanes-Delgadillo Decl. ¶¶6-7, Ex. D (2024 IPM notes), Ex. E (2024 IPM report) |
| 137. | In the 2024 IPM, the County informed Plaintiff that he could swap with other captains to work where the PPF would not be flown. | Portnoi Decl. Ex. F (Power Dep. Tr.) 82:10-25 <br><br> Nuanes-Delgadillo Decl. ¶¶6-7, Ex. D (2024 IPM notes) at LAC- |

34

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| | | 0001486, Ex. E (2024 IPM report) at LAC-0002412-13 |
| 138. | The County's 2024 proposal for Plaintiff to swap with other captains to work where the PPF would not be flown was an effective accommodation. | Portnoi Decl. Ex. B (Little Dep. Tr.) 294:13-295:9 <br><br> TAC ¶113 |
| 139. | The County was able to accommodate Plaintiff's request to use benefit time in 2024 because it had time to ensure adequate staffing beforehand. | Portnoi Decl. Ex. F (Power Dep. Tr.) 83:11-23, 87:6-17 <br><br> Portnoi Decl. Ex. I (Uehara Dep. Tr.) 370:16-22 |
| 140. | At Plaintiff's request, the County enumerated specific sites where the PPF would not be flown in 2024. | Portnoi Decl. Ex. B (Little Dep. Tr.) 77:1-15 <br><br> Nuanes-Delgadillo Decl. ¶¶8, Ex. F (email correspondence between Plaintiff and Ms. Nuanes-Delgadillo) at LAC-0002258 |

Dated:  March 6, 2026

O'MELVENY & MYERS LLP

By:  */s/ Dimitri D. Portnoi*
Dimitri D. Portnoi

*Attorneys for Defendants County of Los Angeles, Fernando Boiteux, Adam Uehara, and Arthur Lester*

DEFENDANTS' SEPARATE STATEMENT OF UNCONTROVERTED FACTS
2:24-CV-04353-JLS-BFM