# EXHIBIT E

**COUNTY OF LOS ANGELES FIRE DEPARTMENT**
**CENTRAL REGIONAL OPERATIONS BUREAU**
**LIFEGUARD DIVISION**
**(310) 939-7200**

June 22, 2023

*I hereby acknowledge receipt of this document*

_____
*Employee's Signature*

TO:        CAPTAIN JEFFREY LITTLE
           WILL ROGERS BEACH

_____
*Date*

*Hand-delivered by:*

FROM:      CHIEF FERNANDO BOITEUX
           LIFEGUARD DIVISION

_Fernando Boiteux_
*Signature*

FERNANDO Boiteuk - 6/22/23
*Print Name*                    *Date*

**DIRECT ORDER**

You are hereby ordered to:

(1) Fly the Progress Pride Flag (PPF) as instructed in Executive Action–231 (EA–231) during the month of June;

    OR

(2) Ensure that the PPF is flown as instructed in EA–231 during the month of June.

This assignment is to be performed immediately and shall remain effective for the entire month of June, with the exception of Flag Day (June 14th), each year going forward.

The order is in accordance with EA–231 and the Board of Supervisors motion of March 7, 2023 requiring that the PPF be flown at County facilities during the month of June.

Failure to comply with this order will be considered insubordination and subject to disciplinary action, which could include suspension and/or discharge from County service.

FB:as

c:     Employee Relations Division

Attachment

LAC-0000034