DIMITRI D. PORTNOI (S.B. # 282871)
dportnoi@omm.com
KYLE M. GROSSMAN (S.B. # 313952)
kgrossman@omm.com
MARNI B. ROBINOW (S.B. # 313412)
mrobinow@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071
Telephone:   (213) 430 6000
Facsimile:   (213) 430 6407

*Attorneys for Defendants County of
Los Angeles, Fernando Boiteux,
Arthur Lester, and Adam Uehara*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Jeffrey Little,<br><br>              Plaintiff,<br><br>     v.<br><br>County of Los Angeles, et al.,<br><br>              Defendants. | Case No. 2:24-cv-04353-JLS-BFM<br><br>**DECLARATION OF JULIA KIM**<br><br>[*Filed concurrently with Defendants' Motion for Summary Judgment, Separate Statement of Uncontroverted Facts in Support of Motion for Summary Judgment, and [Proposed] Order*] |

DECL. OF JULIA KIM
2:24-CV-04353-JLS-BFM

I, Julia Kim, decare:

1.	I am a Deputy Fire Chief in the Administrative Services Bureau for the County of Los Angeles Fire Department.  I am over 18 years of age, am competent to make this declaration, and state that the facts herein are true and correct.  I make this declaration based on personal knowledge of the facts set forth therein.  I submit this Declaration in support of a Motion for Summary Judgment submitted by Defendants County of Los Angeles, Chief Fernando Boiteux, Chief Adam Uehara, and Chief Arthur Lester.

2.	In my role as Deputy Fire Chief in the Administrative Services Bureau, I have oversight over the Fire Department's human resources functions, as well as ensuring that the Fire Department complies with County of Los Angeles policies, including the ones at issue in this litigation.

3.	In March 2023, the Board of Supervisors passed a resolution requiring all County facilities to fly the Progress Pride Flag ("PPF") "where the American and California flags are displayed" and to "explore ways the PPF can be flown at all county facilities" to show "support for LGBTQ+ communities" during Pride Month.  Attached as Exhibit A is a true and correct copy of the Board of Supervisors' resolution, "Raising the Progress Pride Flag," bearing Bates reference LITTLE.00030 to LITTLE.00031.

4.	The Fire Department implemented the motion in May 2023 through a policy memorandum, EA-231, which provided guidance about which Department facilities with flagpoles should fly the PPF.  Attached as Exhibit B is a true and correct copy of EA-231, bearing Bates reference LAC-0000036 to LAC-0000037, as well as EA-231(a), an attachment containing a flowchart to EA-231, bearing Bates reference LAC-0000038.

5.	In 2024, the Fire Department implemented EA-232, which provided guidance about which Department facilities with flagpoles should fly the PPF for the June 2024 Pride Month.  Attached as Exhibit C is a true and correct copy of

DECL. OF JULIA KIM
2:24-CV-04353-JLS-BFM

EA-232, bearing Bates reference LAC-0000039 to LAC-0000041.

6.     Attached as Exhibit D is a true and correct copy of the Memorandum of Understanding for Joint Submission to Board of Supervisors Regarding the Supervisory Beach Lifeguards Employee Representation Unit between the County of Los Angeles and the Los Angeles County Lifeguard Association, bearing Bates reference LITTLE.00783 to LITTLE.00857.

7.     Attached as Exhibit E is a true and correct copy of a set of policies and procedures, internally known as the "L Manual," for the Lifeguard Division, bearing Bates reference LAC-0003410.

8.     Attached as Exhibit F is a true and correct copy of EA-274, "Wellness Recall Exemption Pilot Program," dated December 16, 2022, bearing Bates references LAC-0003221 to LAC-0003222.  This was created as a result of a County of Supervisors Board Resolution, "Addressing Fire Department Workplace Trauma or Potential Workplace Trauma," dated June 22, 2021.  Attached as Exhibit G to this Declaration is a true and correct copy of the Board Resolution, bearing Bates reference LAC-0003271 to LAC-0003273.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 4, 2026          By: _____
                                   Julia Kim

DECL. OF JULIA KIM
2:24-CV-04353-JLS-BFM

# Little v. COLA - Kim Declaration

Final Audit Report                                                                 2026-03-04

| | |
|---|---|
| Created: | 2026-03-04 |
| By: | Heather Vazquez (Heather.Vazquez@fire.lacounty.gov) |
| Status: | Approved |
| Transaction ID: | CBJCHBCAABAAz5iU-ffHWqLyb-GwaVjYGzxVNzEC-mCQ |

## "Little v. COLA - Kim Declaration" History

📄 Document created by Heather Vazquez (Heather.Vazquez@fire.lacounty.gov)
2026-03-04 - 11:31:28 PM GMT- IP address: 209.160.244.93

📧 Document emailed to Julia Kim (julia.kim@fire.lacounty.gov) for approval
2026-03-04 - 11:31:57 PM GMT

📄 Email viewed by Julia Kim (julia.kim@fire.lacounty.gov)
2026-03-04 - 11:41:05 PM GMT- IP address: 104.47.65.254

🖊 Document approved by Julia Kim (julia.kim@fire.lacounty.gov)
Approval Date: 2026-03-04 - 11:41:22 PM GMT - Time Source: server- IP address: 136.226.65.75

✅ Agreement completed.
2026-03-04 - 11:41:22 PM GMT

![Adobe Acrobat Sign]