# EXHIBIT B

May 25, 2023
EA – 231

TO:          ALL CHIEF OFFICERS
                ALL ADMINISTRATIVE SITES

FROM:     ACTING CHIEF DEPUTY JON O'BRIEN
                ACTING CHIEF DEPUTY THERESA R. BARRERA

SUBJECT:    **RAISING THE PROGRESS PRIDE FLAG**

On March 7, 2023, the Board of Supervisors passed a motion requiring the Progress Pride flag ("PPF") to be flown at County facilities during the month of June, which will now be recognized as LGBTQ+ Pride month moving forward.

With the exception of Flag Day, June 14th, when the Prisoner of War/Missing in Action flag is flown, the PFF shall be flown as follows:

## Single Flagpole

- Clasps for one flag:  Fly the United States (U.S.) flag alone.

- Clasps for two flags:  Fly the U.S. flag at peak and the PPF directly below.

- Clasps for three flags:  Fly the U.S. flag at peak, State, and then PPF.

## Two Flagpoles

- Fly the U.S. flag on the leftmost pole and the State flag over the PPF flag on the right pole.

- If the right pole only has one set of clasps, the PPF flag shall be flown in place of the State flag.

## RESPONSIBILITIES

**The Construction and Maintenance Division shall:**

- Contact each battalion utility driver to coordinate the pick-up and delivery of the flags for their corresponding facilities during the last week of May 2023.

**County of Los Angeles Fire Department**
*"Proud Protectors of Life, Property, and the Environment"*

LAC-0000036

All Chief Officers
All Administrative Sites
May 25, 2023
Page 2

**Captains/Site Supervisors shall:**

- Ensure flags are received and flown throughout the month of June, as noted above.

- At the end of June, ensure the PFF flag is folded and stored for use the following year.

If you have any questions, please contact your jurisdictional deputy fire chief.

JOB:TRB:tob

Attachment

**County of Los Angeles Fire Department**
*"Proud Protectors of Life, Property, and the Environment"*

LAC-0000037



# Los Angeles County Fire Department
## Progress Pride Flag
## Flow Chart

**Does the building fly both the U.S. and State flags?**

**YES**

**NO**

**Is there more than one flagpole?**

The Board Motion does not apply at this location

**YES** (two flagpoles)

**NO** (single flagpole)

Can each flagpole fly more than one flag?

Can the flagpole fly more than two flags?

**YES**

**NO**

**YES**

**NO**

**Clasp sets for three flags**
Fly the U.S. flag at peak on the left pole and State flag over the PPF on the right pole

**Clasp sets for two flags**
Fly the U.S. flag at peak on the left pole and the PPF on the right pole

**Clasp sets for one flag**
Fly the U.S. flag at peak

**Clasps for one flag**
Fly the U.S. flag at peak

**Clasp sets for two flags**
Fly the U.S. flag at peak and PPF directly below

**Clasp sets for three flags**
Fly the U.S. flag at peak, State, and then PPF

LAC-0000038