# EXHIBIT C

May 30, 2024
EA - 232

TO:             ALL CHIEF OFFICERS
                ALL ADMINISTRATIVE SITES

FROM:           FIRE CHIEF ANTHONY C. MARRONE

SUBJECT:        **PRIDE MONTH AND PROGRESS PRIDE FLAG**

Throughout the month of June, the Department will celebrate Pride month.  Pride serves as a collective reminder of the importance of safety, visibility, and inclusion of the LGBTQ+ community.  Together, we reaffirm our commitment and support of our LGBTQ+ community within our ranks, their families, and the diverse communities we serve.

As a team, we foster a diverse and inclusive work environment and deliver life-safety services with the utmost respect, care, and integrity.  In solidarity and alignment with our County partners, we will fly the Progress Pride Flag (PPF) at all Department facilities where the U.S. and California Flags are displayed during the month of June. Department members are also encouraged to reflect on and celebrate LGBTQ+ history and community.

**Progress Pride Flag (PPF)**

From June 1 through 30, 2024, the PPF shall be flown at all Department facilities as detailed in Attachment A.  Flying the PPF is both an order from the Board of Supervisors and an expectation for all County of Los Angeles facilities, including fire and lifeguard stations.  Last year we faced challenges with compliance at several Department facilities.  I want to be intentional and clear that compliance is not optional.

**Fire Captains/Unit Supervisors shall:**

- Ensure PPFs are flown throughout the month of June at Department facilities within their respective jurisdiction per Attachment A.

- Ensure clasps are not removed from Department flagpoles.  If clasps or PPFs are damaged or removed, immediately notify your respective battalion chief/section manager via email so replacement clasps and flags may be provided.

- At the end of June, fold and store the PPF for future use.

A separate EMM will be distributed to chief officers and division managers outlining their responsibilities.

**County of Los Angeles Fire Department**
*"Proud Protectors of Life, Property, and the Environment"*

LAC-0000039

All Chief Officers
All Administrative Sites
May 30, 2024
Page 2


## Pride Patches

In partnership with the Women's Fire League, the specially designed Pride patches and pins below may be worn by personnel throughout the month of June.  Pride patches and pins are available for purchase by clicking here.

 

## Townhall Virtual Session

As we strive for excellence and serve with compassion to be the best we can be for one another and our communities, it is important that every voice is heard.  A townhall virtual session has been scheduled for Friday, June 7, 2024, from 1:00 p.m. to 2:00 p.m., and may be accessed by clicking here.

Department personnel may share their perspectives or submit questions in advance by clicking here.

There will be no paid overtime to attend.  Personnel assigned to 56 and 40-hour positions are allowed to attend on-duty with their supervisor's approval.

## Resources

For frequently asked questions, please refer to Attachment B.  Additional information and resources are available by scanning the QR code below:



As we continue to move the needle forward in our efforts to remain one of the greatest fire departments in the world, we must all remain dedicated and steadfast in fostering a welcoming and inclusive environment for everyone.


**County of Los Angeles Fire Department**
*"Proud Protectors of Life, Property, and the Environment"*

LAC-0000040

All Chief Officers
All Administrative Sites
May 30, 2024
Page 3

Thank you for your commitment in ensuring everyone is valued and can thrive without fear, regardless of their sexual orientation or gender identity.

If you have any questions, please contact your respective assistant fire chief and/or division manager.

ACM:heo

Attachments

**County of Los Angeles Fire Department**
*"Proud Protectors of Life, Property, and the Environment"*

LAC-0000041