# EXHIBIT E

## I.    INTRODUCTION

A.    Purpose:  To establish County of Los Angeles Fire Department (Department) policies and procedures for assigning permanent lifeguards to their base work schedule (BWS).

B.    Scope:  This instruction applies to all permanent lifeguard series personnel.

C.    Administrator:  The deputy fire chief of the Central Regional Operations Bureau, through the chief lifeguard, shall be responsible for the content, revision, and periodic review of this instruction.

D.    Definitions:

1.    BWS:  The primary schedule showing the daily work locations to which a lifeguard will be assigned for the duration of the bid period.

2.    Lifeguard Request for Schedule (LRS) Form 15LG (Form 15LG):  The form submitted to the Lifeguard Division Administrative Section captain via the electronic bid submission system, with the lifeguard's preferred BWS listed in order of preference.  This form can be accessed via the Lifeguard Division Cognito Form System.

3.    Lifeguard Request for Schedule Transfer Form 15LGT (Form 15LGT): The form submitted to the Lifeguard Division Administrative Section captain via the electronic bid submission system, with the lifeguard's preferred transfers listed in order of preference.  This form is used to fill temporary vacancies during the bid period.  This form can be accessed via the Lifeguard Division Cognito Form System.

4.    Selective position assignment:  Assignment to a schedule lasting the duration of the bid period.

## II.    RESPONSIBILITY

A.    Rescue boat captains (RBC) and captains, lifeguard services shall be responsible for submitting the Form 15LG by 1200 hours on the second Wednesday in October.

B.    Ocean lifeguard specialists (OLS) shall be responsible for submitting the Form 15LG by 1200 hours on the third Wednesday in October.

LAC-0003410

C.     The chief lifeguard shall be responsible for posting the BWS Opportunity Memo by 1700 hours on the first Wednesday in October, assigning lifeguards to work locations in accordance with this policy, and posting the BWS assignments by 1700 hours on the second Wednesday in October for captains and the third Wednesday in October for OLS.

### III.     POLICY

A.     Requests for BWS assignments shall be based on division seniority within each rank.

B.     The BWS Opportunity Memo shall be posted for review no later than 1700 hours on the first Wednesday in October.  Each non-probationary RBC, captain, lifeguard services, and OLS shall complete and submit a Form 15LG through the process outlined in the BWS Opportunity Memo.

C.     To bid for the Rescue Boat Section as an OLS, personnel must be rescue-boat qualified by the time the Form 15LG is due on the third Wednesday in October.

D.     The assignment of lifeguards to the BWS will be based upon division seniority within each rank and the submitted Form 15LGs.

1.     No confirming emails, telephone calls, or improper submissions of the Form 15LG will be accepted.

2.     No changes to a submitted Form 15LG will be allowed after the filing deadline.

E.     Any lifeguard who has not submitted a Form 15LG, or has failed to provide enough BWS preferences on their Form 15LG to cover their seniority, will be assigned a BWS at the discretion of the chief lifeguard from any unassigned schedules, after all timely submissions have been awarded.

F.     Once the initial BWS process has been completed, any lifeguard "owning" a BWS may be detailed into any open schedule resulting from assigned staff position detail assignments, based on seniority.

G.     The final BWS assignments, including detail assignments, will be posted by 1700 hours on their due date.

LAC-0003411

## IV.    PROCEDURES

A.    Each permanently assigned lifeguard will receive an email copy of the BWS, a Form 15LG, and the BWS Opportunity Memo outlining procedures for filling by the first Wednesday in October.

B.    Captains shall submit their Form 15LG by 1200 hours on the second Wednesday in October.

    1.    Results will be posted by 1700 hours the same business day.

    2.    Each captain's Form 15LG should include at least enough BWS preferences to meet their seniority position.

C.    OLS shall submit their Form 15LG by 1200 hours on the third Wednesday in October.

    1.    Results will be posted by 1700 hours the same business day.

    2.    Each OLS's Form 15LG should include at least enough BWS preferences to meet their seniority position.

D.    If a lifeguard is unavailable during the BWS filing period due to vacation, injury, leave of absence, Family Medical Leave Act, or other reasons, they shall submit the Form 15LG in advance, based on the anticipated timeline outlined in this policy.  Extraordinary circumstances that prevent a lifeguard from properly filing a Form 15LG will be handled at the discretion of the chief lifeguard.

E.    Any vacancies created by detail assignments will be filled within the division by referring to Form 15LG.

F.    Removal from assignment:

    1.    After the BWS has been assigned and posted, a permanently assigned lifeguard shall not be involuntarily replaced in that schedule as long as their performance is competent.

    2.    If a lifeguard fails to perform competently in their BWS assignment, they may be temporarily reassigned to other work locations until the chief lifeguard determines that reinstatement to be appropriate.

G.    Vacancies:

    1.    Vacancies in the BWS will be filled using the procedures outlined within this section.

LAC-0003412

2.  Permanent vacancies will be filled in accordance with seniority within the division.  A permanent vacancy is defined as an opening resulting from death, promotion, retirement, separation from service, or the creation of new positions.

3.  All other vacancies shall be classified as temporary.  Temporary vacancies will be filled only if they are expected to last 90 days or longer, with no anticipated return date during the bid period.

4.  Vacancies shall be filled based on seniority numbers, as indicated on Form 15LG on file with the Lifeguard Division Administrative Section captain.

5.  All vacancies shall be published on or before the first Wednesday in November, April, and August.

6.  At the time of processing, vacancies shall be filled using the Form 15LGT submitted, accepted, and on file in the Lifeguard Division Administrative Section Office by the second Wednesday in October, April, and August for captains, and the third Wednesday in October, April, and August for OLS. Lifeguards will start their new schedule the first Sunday in January unless it falls on January 1st, the last Sunday in April, and the second Sunday in September.

7.  A valid Form 15LGT must be submitted to the Lifeguard Division Administrative Section Office via the electronic bid filing system outlined in the BWS opportunity memo no later than 1200 hours on the date forms are due.  Bid submissions by any means not outlined in the BWS Opportunity Memo will not be accepted.

8.  It is the responsibility of the lifeguard who desires to replace a Form 15LGT to do so by submitting a new form no later than 1200 hours on the date it is due via the electronic bid filing system outlined in the BWS Opportunity Memo.  Once the process is complete, the employee must abide by the transfer orders.

9.  Additions or deletions cannot be made to a Form 15LGT currently on file. A new Form 15LGT must be submitted, listing all schedule choices in the order of preference.

10. If a lifeguard submits more than one Form 15LGT, the one with the most recent timestamp will be considered for processing.

11. To delete a Form 15LGT, lifeguards shall email the Lifeguard Division Administrative Section office at Fire-LGAdminBids@fire.lacounty.gov.  The email should state "Delete my Schedule Transfer Request Form."

LAC-0003413

Deletion requests may NOT be faxed or phoned in.  A replacement must be received no later than 1200 hours on the date it is due.

12.    All transfer requests will be discarded on the first Wednesday of October annually.

13.    If a lifeguard is displaced due to the unexpected return of an injured employee to their BWS, the displaced lifeguard will return to their BWS.

14.    Probationary lifeguards may be transferred to any position held by another probationary lifeguard.

15.    Probationary lifeguards may be transferred to any vacant schedule following the most recent processing of schedule transfer requests.

16.    Promoted personnel shall not have schedule transfer rights during their probationary period.

17.    Upon successful completion of the probationary period, permanent lifeguards may submit a Form 15LG through the electronic bid filing system outlined in the BWS Opportunity Memo.

LAC-0003414