# EXHIBIT F

December 16, 2022
EA - 574

TO:             ALL CHIEF OFFICERS
                ALL ADMINISTRATIVE SITES

FROM:           INTERIM FIRE CHIEF ANTHONY C. MARRONE
                LOCAL 1014 PRESIDENT DAVE GILLOTTE
                LACOLA PRESIDENT GREGORY CRUM

SUBJECT:        **WELLNESS RECALL EXEMPTION PILOT PROGRAM**

The Department, Local 1014, and LACOLA continue collaborating to address the behavioral health and wellness of our employees.  We strive to assist our members with improving and maintaining a healthy work/life balance to ensure that we are able to provide the highest quality of service to the residents of Los Angeles County.

As a result of the increased number of overtimes caused by personnel on protected leave, a Wellness Recall Exemption pilot program will go into effect January 3, 2022.  Wellness Recall Exemptions will allow personnel to have a regularly scheduled day off, free from a recall, to attend to individual, family, or behavioral health needs.

## POLICY

- Employee subject to recall will be provided two Wellness Recall Exemptions to be used annually between the July 1st and June 30th.

  - To start the pilot program, employees will have two for use between January 3, 2023, and June 30, 2023.

- Wellness Recall Exemptions will not carry over into the new fiscal year.

- Wellness Recall Exemptions will be used to exempt an individual from recall per the recall procedures outlined in Department Manual, Volume 2, Chapter 2, Subject 5, Recall Procedures, or Lifeguard Manual, Volume L, Chapter 2, Subject 10, Lifeguard Recall Procedures.

- Wellness Recall Exemptions cannot be used to request exemptions for the following:

  - County Holidays (actual and observed), Valentine's Day, Mother's Day, Father's Day, Halloween, Christmas Eve, and New Year's Eve.
  - Telephone standby in effect.
  - Augmented and Special Event Staffing (e.g., SoFi).
  - Emergency staffing, e.g., Strike Team assignments, IMT deployment, backfill caused by emergency staffing, coastal emergencies, etc.
  - For Command and Control surge staffing, DOC, ECC, or Region I staffing.

**County of Los Angeles Fire Department**
*"Proud Protectors of Life, Property, and the Environment"*

All Chief Officers
All Administrative Sites
December 16, 2022
Page 2

- A Wellness Recall Exemption shall not cause an off shift recall.

- Personnel granted a Wellness Recall Exemption are not available for recall on that date.

- When multiple Wellness Recall Exemptions are requested, cardfiles shall honor in the following order:

  ➢ Number of recalls (highest to lowest)
  ➢ Seniority

- A record of personnel utilizing a Wellness Recall Exemption shall be entered in the Business Journal of the cardfile site, Fire Office Recall record, or Telestaff system.

  ➢ The Business Journal entry shall include name, rank, employee number, and date the Wellness Recall Exemption is utilized.

  ➢ The Recall Card entry shall include:

    ▪ Recall Number:  Leave blank, do not assign a number.
    ▪ Date:  The date the Wellness Recall Exemption is utilized.
    ▪ Assignment:  "WX" to indicate a Wellness Recall Exemption.
    ▪ Initial:  Initials of individual assigning/approving the Wellness Recall Exemption.

  ➢ Lifeguards shall utilize the assigned Telestaff Wellness Recall Exemption code.

If you have any questions, please contact your jurisdictional deputy fire chief.

ACM:DG:GC:va

**County of Los Angeles Fire Department**
*"Proud Protectors of Life, Property, and the Environment"*

LAC-0003222