# EXHIBIT G

AGN. NO.____

SUBSTITUTE MOTION BY SUPERVISORS KATHRYN BARGER  AND
JANICE HAHN                                                                    June 22, 2021

**Addressing Fire Department Workplace Trauma or Potential Workplace Trauma**

On February 1, 2019, the Executive Office reported back to the Board on the summary of efforts by County departments in addressing the issue of suicide among first responders. The report summarized departments' policies, programs and services that address suicide prevention, examine historical data on deaths caused by suicide of personnel, efforts working with experts who specialize in the unique issues of first responders, and examine best practices used by other agencies. The report analyzed that the type and level of policies and programs was "wide ranging" between departments.

In consideration of the extraordinary event on June 1, 2021 at LA County Fire Station 81, we have identified an immediate need to identify and implement solutions to address the need for actionable Departmental solutions tailored for the Los Angeles County Fire Department.

-- MORE –

MOTION

| | |
|---|---|
| MITCHELL | _____ |
| KUEHL | _____ |
| HAHN | _____ |
| BARGER | _____ |
| SOLIS | _____ |

LAC-0003271

Page 2

**WE, THEREFORE, MOVE** that the Board of Supervisors direct the Los Angeles County Fire Department's Executive Staff to work in collaboration with the Chief Executive Officer, Department of Human Resources, Department of Mental Health and other relevant County departments to explore the feasibility of developing a mechanism to address workplace trauma or potential workplace trauma and report back to this board within 60 days. The report should include but is not limited to:

- Creating a Unit consisting of a culturally competent Lead, Assistant, and Contracting Clinician to develop enhanced proactive and reactive strategies to address workplace trauma or potential workplace trauma to include revamping an internal Peer Support Counselor program to strive for the 10% industry standard and to have sufficient staff, training budget, logistical and training support needed for response and training.

  - Evaluating of the effectiveness of the Fire Department's grievance and internal and external complaint process and provide recommendations wherein personnel feel comfortable in voicing concerns regarding investigations, managers, supervisors, peer-to-peer and receiving timely feedback.

- Developing a plan to offer Department Funded Mental Health Visits to employees and their immediate families with vetted Culturally Competent Clinicians.  The plan should include up to 24 visits coordinated in a confidential and protected manner through the Department / Union PEER Support Program in compliance with all medical privacy laws.  This should be separate and different from workers compensation claims and or treatment for behavioral health injury.

LAC-0003272

- Evaluating and analyzing existing workers compensation treatment tools and engage in dialogue to provide all Fire Personnel with up to 24 visits within the same pool of culturally competent PEER coordinated clinicians.

- Working with LACERA to provide peer support and clinician support to retirees coordinated through the PEER support program.

- Reducing staff recall due to vacancies and injury vacancies by at least 50% by March 1, 2022.

- Developing a plan to streamline Administrative and Operations Leadership communications, overlap, and procedure to report back to Department Executive Staff and Union Executive Board for collaboration.

- Establishing a plan in collaboration with Labor and Management to reduce vacancies and workers compensation injury vacancies, to include entry level testing and hiring standards for quality of candidate and promotional exams for all ranks with annual testing to ensure adequate qualified candidates are available to promote when vacancies occur.

#      #      #

SUP:KB:cmd

LAC-0003273