# Lester Declaration, Ex. A

Message

_____

**From:** Arthur Lester IV [PII Redacted]
**Sent:** 6/21/2023 6:22:01 PM
**To:** Daniel Murphy [PII Redacted]; Fernando Boiteux [PII Redacted]; Danielle McMillon [PII Redacted]; Kyle Power [PII Redacted]; Adam Uehara [PII Redacted]
**CC:** Olivier O'Connell [PII Redacted]; Kealiinohopono Barnes [PII Redacted]; Samara Ramirez [PII Redacted]
**Subject:** Re: Email Confirmation

Chief Boiteux,

In Marine Battalion 100 the following stations are compliant:

Avalon
Isthmus
Cabrillo HQ
Ave. C
Hermosa HQ
Manhattan Pier
LAB
ELS Back Station
DWS
DWN

The following stations do not have pride progress flags but can fly two flags when we have additional flags available:

Torrance Back Station - awaiting Flag
RCO- awaiting Flag
Marine back station - No Rope (Awaiting C&M. Ticket requested) (Request also made to MBFD to assist with Ladder Truck)

Thanks,

AJ Lester
Marine Battalion Chief, Marine Battalion 100
LACoFD, Lifeguard Division
O: [PII Redacted]
C: [PII Redacted]
E: [PII Redacted]

_____

**From:** Daniel Murphy [PII Redacted]
**Sent:** Wednesday, June 21, 2023 10:50 AM
**To:** Fernando Boiteux [PII Redacted]; Arthur Lester Iv [PII Redacted]; Danielle Mcmillon [PII Redacted]; Kyle Power [PII Redacted]; Adam Uehara

LAC-0001965

PII Redacted

Cc: Olivier O'connell | PII Redacted |; Kealiinohopono Barnes
PII Redacted

**Subject:** Re: Email Confirmation

Chief Boiteux,
In Marine Battalion 300 the following stations are compliant:
LS300
Point Dume
Will Rogers
LS200

The following stations do not have pride progress flags but can fly two flags when we have additional flags available:
Malibu
Topanga

The flag pole at WRN is too small to fly two flags, and has not been used in years as it sits on the shuttered back garage.

The flag pole at Venice garage is only accessible through the closed central tower and has not been used in years.

We will need two additional flags for the two stations that are not yet flying the pride progress flag.

Dan Murphy
Section Chief, Marine Battalion 100A
Lifeguard Station 100
1201 The Strand
Hermosa Beach, CA 90254
PII Redacted

**From:** Fernando Boiteux | PII Redacted |
**Sent:** Tuesday, June 20, 2023 9:19:15 PM
**To:** Daniel Murphy | PII Redacted |; Arthur Lester Iv| PII Redacted |; Danielle Mcmillon| PII Redacted |; Kyle Power | PII Redacted |; Adam Uehara | PII Redacted |
**Cc:** Olivier O'connell| PII Redacted |; Kealiinohopono Barnes
PII Redacted

**Subject:** Email Confirmation

Chiefs,

As per my text, 100 percent compliance is to be achieved on fixed facilities that we own. Please conduct site visits at every site within your Battalion to ensure the Pride flag is flown.  If the flag is not flown please include why it's not. (Halyard clips are not an excuse.)  coordinate supplies with the Admin Tram. A confirming email is due to my office no later than 1100 tomorrow 6/21/23. Please include Samara in your reply.

Thank you for your support.

Confidential

LAC-0001966

Get Outlook for iOS

Confidential

LAC-0001967