# Lester Declaration, Ex. C

For CISU Use:

(Method of Receipt)

**Online**

**ICMS #** 2023-120504

# COUNTY POLICY OF EQUITY

## REPORT / NOTIFICATION FORM

**Methods of Reporting Potential County Policy of Equity (CPOE) Violations:**

1. You may use this form to report a potential violation of the CPOE;
2. File an online complaint at https://ceop.bos.lacounty.gov (strongly encouraged);
3. Call the County Intake Specialist Unit (CISU) at (855) 999-CEOP (2367); or
4. Visit the CISU office at the Kenneth Hahn Hall of Administration building located at 500 West Temple Street, Suite B-28, Los Angeles, CA 90012.

---

**1. Do you wish to file this complaint anonymously?**

☐ Yes **(Do not check 'Yes' if you are a reporting supervisor/manager).**

☒ No (If no, please proceed to Question #2).

**2. Are you filing this complaint for :**

☐ **Yourself** (If filing this complaint for yourself, please start at Section A).

☐ **Someone else** (If you are filing this complaint for someone else, please start at Section A).

☒ **Someone else: I am a reporting supervisor/manager** (please start at Section A).

---

**Note to Supervisors/Managers:** As a County Manager/Supervisor, it is the County's expection that the CPOE complaint notification be submitted online at https://ceop.bos.lacounty.gov.

Confidential                                                      LAC-0000175

**Section A:** **Reporting Party Information**                     **Today's Date**: 06/30/2023

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Arthur Lester IV | **Emp #** | e494549 | **Title** | Section Chief, Lifeguard Services |
| **Work #** | PII Redacted | **Mobile #** | PII Redacted | **Work Hrs** | 0800-1800 |
| | | | | **RDO** | Mon |

**Department**             FIRE DEPARTMENT          **Dept Head**   Anthony Marrone

**Unit of Assignment**     Lifeguard Division

**Work Address**           _____

**Immediate Supervisor**   Adam Uehara

**Date & Time Form Completed:** 06/21/2023 07:48 PM

**Did the complainant notify a supervisor/manager of this complaint prior to now?**

☐  Yes (if yes, fill in details):

  Name of Supervisor Notified:

  Date:  NOT AVAILABLE

  How:

☐ No

☐ Do not know

Confidential                                                          LAC-0000176

**Section B:  Complainant(s) Information**

| | | | | | |
|---|---|---|---|---|---|
| **Name** | LAUREN GOTTSCHALK | **Emp #** | e618585 | **Title** | OCEAN LIFEGUARD SPECIALIST |
| **Work #** | PII Redacted | **Mobile #** | | **Work Hrs** | |
| | | | | **RDO** | |

| | | | |
|---|---|---|---|
| **Department** | FIRE DEPARTMENT | **Dept Head** | Anthony Marrone |
| **Unit of Assignment** | OCEAN LIFEGUARD SPECIALIST - MAINLAND | | |
| **Work Location** | SOUTHERN SECTION LIFEGUARD HEADQUARTERS | | |
| **Immediate Supervisor** | CHRISTOPHER STAFFIELD | | |

2023-120504

**3** of **9**
County Policy of Equity Report/Notification Form

Confidential

LAC-0000177

**Section C:  Alleged Involved Party(ies) Information**

| | | | | | |
|---|---|---|---|---|---|
| **Name** | JEFFREY LITTLE | **Emp #** | e482745 | **Title** | CAPTAIN, LIFEGUARD SERVICES, FIRE |
| **Work #** | PII Redacted | **Mobile #** | | **Work Hrs** | |
| | | | | **RDO** | |

| | | | |
|---|---|---|---|
| **Department** | FIRE DEPARTMENT | **Dept Head** | Anthony Marrone |
| **Unit of Assignment** | CAPTAIN - MAINLAND SOUTHERN SECTION | | |
| **Work Location** | LIFEGUARD HEADQUARTERS | | |
| **Immediate Supervisor** | KYLE POWER | | |

Confidential                                                                        LAC-0000178

**Section D:** **Alleged Witness(es) Information (if they can be identified)**

| | | | | | |
|---|---|---|---|---|---|
| **Name** | Kevin Graner | **Emp #** | e515290 | **Title** | Ocean Lifeguard |
| **Work #** | PII Redacted | **Mobile #** | PII Redacted | **Work Hrs** | |
| | | | | **RDO** | |

| | | | |
|---|---|---|---|
| **Department** | FIRE DEPARTMENT | **Dept Head** | Anthony Marrone |
| **Unit of Assignment** | | | |
| **Work Location** | | | |
| **Immediate Supervisor** | Greg Crum | | |

<u>**Section E:**</u> **Nature of Complaint or Issue(s)**

1. What is the date of the alleged potential violation(s)?:  June 21, 2023

2. Please provide a detailed summary of the alleged potential violation(s):

OLS Lauren Gottshalk reported to me today that she felt uncomfortable during an encounter with her direct fill in supervisor Captain Jeff Little.

According to OLS Gottshalk Jeff little approached her Lifeguard station at approximately 11:30AM were she was flying the US and Pride flag as directed by a department EA. Captain Little asked her" would she feel uncomfortable if he asked her to remove the Pride Flag from the station?" She stated that she supported having the pride flag on her station as directed by her chief to be up earlier that day. She said that she would not like it to be removed, that she supports the directive by the County to fly it, but that she would not disobey a direct order from her supervisor if he directed her to remove the flag. Captain Little then proceeded to remove the flag himself from the station leaving it with only the American flag. OLS Gottshcalk said that she felt torn getting two separate directive and the experience made her uncomfortable to not display the flag as was directed by the Department EA.

3. Why does the Complainant(s) believe the treatment occurred/is occurring?:

OLS Gottshalk stated that Captain Little told her that Lifeguard Management was targeting Captain Little by ensuring that the pride flag was flown on his beach.

2023-120504
**6 of 9**
County Policy of Equity Report/Notification Form

Confidential                                                                LAC-0000180

**Section F:  TO BE COMPLETED BY SUPERVISORS/MANAGERS ONLY**

Date & time supervisor/manager observed and/or was notified of the alleged potential violation(s):

06-21-2023 00:00

How was supervisor/manager made aware of the alleged potential violation(s)? (Explain in detail):

I was made aware when I was alerted that Pride Flags in the Dockweiler beach stations were not being flown as directed. I contacted Captain Little and politely asked him to ensure his stations were flying the flag as per the EA. He said it was against his religious beliefs to work underneath the pride flag and refused. My chain of Command was notified and i raised the flag and ELS Station and DWS Station and directed DWN (Where OLS Gottschalk works) to please raise the pride at her station. That is when she notified me of the encounter with Captain Little earlier that day.

What action(s), if any, did the supervisor/manager take? (Explain in detail):

I contacted Captain Little and politely asked him to ensure his stations were flying the flag as per the EA. He said it was against his religious beliefs to work underneath the pride flag and refused. My chain of Command was notified and i raised the flag and ELS Station and DWS Station and directed DWN (Where OLS Gottschalk works) to please raise the pride at her station. That is when she notified me of the encounter with Captain Little earlier that day.

Did the supervisor/manager ascertain whether Complainant(s) is/are in need of any of the following? (If so, please explain in space provided):

Medical Attention:  Declined

Protection:  Declined

Separation from Alleged Involved Party (ies):  Declined

Other Assistance:  Not Asked

Did the supervisor/manager advise the Complainant(s) that they:

May seek confidential counseling or assistance from County's Employee Assistance Program (EAP) at (213) 738-4200.

Not Asked

May contact the County Intake Specialist Unit (CISU) directly at (855) 999-2367, or via email at ceop@bos.lacounty.gov

Not Asked

Confidential                                                                                                    LAC-0000181

**COMPLAINT SUBMISSION**

By submitting this complaint I am declaring, under penalty of perjury under the laws of the State of California, that:

- The facts set forth herein are true and correct and based on my own knowledge, except as to matters stated on my information and belief, and as to those matters I believe to be true;

- I believe that the facts alleged herein are jurisdictional to the County Policy of Equity (accessible at: https://ceop.bos.lacounty.gov), are not duplicative of facts set forth in previously filed County Policy of Equity complaints that I have filed, and

- The filing of this County Policy of Equity complaint is not a misuse or abuse of the County's Policy of Equity Complaint Process.

Arthur Lester IV

Printed Name

_____

Signature

June 21, 2023

Date

2023-120504

**8** of **9**
County Policy of Equity Report/Notification Form

Confidential                                                                 LAC-0000182

**OPTIONAL:** **Please provide the information below for statistical purposes only**

**Race/Ethnicity:**

*"The employer is subject to certain governmental recordkeeping and reporting requirements for the administration of civil rights laws and regulations. In order to comply with these laws, the employer invites employees to voluntarily self-identify their race or ethnicity. Submission of this information is voluntary and refusal to provide it will not subject you to any adverse treatment. The information obtained will be kept confidential and may only be used in accordance with the provisions of applicable laws, executive orders, and regulations, including those that required the information to be summarized and reported to the federal government for civil rights enforcement. When reported, data will not identify any specific individual." - (eeoc.gov)*

☐ Hispanic or Latino - A person of Cuban, Mexican, Puerto Rican, South or Central American, or other Spanish culture or origin regardless of race.

☐ White (Not Hispanic or Latino) - A person having origins in any of the original peoples of Europe, the Middle East, or North Africa.

☐ Black or African-American (Not Hispanic or Latino) A person having origins in any of the black racial groups of Africa.

☐ Native Hawaiian or Other Pacific Islander (Not Hispanic or Latino) - A person having origins in any of the peoples of Hawaii, Guam, Samoa, or other Pacific Islands.

☐ Asian (Not Hispanic or Latino) - A person having origins in any of the original peoples of the Far East, Southeast Asia, or the Indian Subcontinent, including, for example, Cambodia, China, India, Japan, Korea, Malaysia, Pakistan, the Philippine Islands, Thailand, and Vietnam.

☐ American Indian or Alaska Native (Not Hispanic or Latino) - A person having origins in any of the original peoples of North and South America (including Central America), and who maintain tribal affiliation or community attachment.

☐ Two or More Races (Not Hispanic or Latino) - All persons who identify with more than one of the above five races.

**Gender:**

☐ Male

☐ Female

☐ Prefer Not to Answer

**Date of Birth:** NOT AVAILABLE

2023-120504

**9** of **9**
County Policy of Equity Report/Notification Form

Confidential

LAC-0000183