# EXHIBIT B



←  **Adam Uehara, Dani McMillon**    ⋮

Dani created this group MMS with you and Adam

**Dani McMillon**

I was able to accommodate moving you to A33 on both Thursday and Saturday.
Also A15 on Tuesday 6/27 in place of Sunday 6/25.
Pulled you out of Wednesday the 21st using a recall exemption

Thanks but Macko was good to switch recalls on Wed 6/21. I can work A17 to not force a recall.

**Dani McMillon**

Oh yeah, sorry I forgot

**Dani McMillon**

Switched that

Double check your Telestaff but we should be good

Looks good thanks. I know this was a big pain but I really appreciate the accommodation.

⊕    Text message    ☺

RFP 14  RFP 15  RFP 16  RFP 21 RFP 22                    LITTLE.00481



RFP 14  RFP 15  RFP 16  RFP 21 RFP 22

LITTLE.00482