DIMITRI D. PORTNOI (S.B. # 282871)
dportnoi@omm.com
KYLE M. GROSSMAN (S.B. # 313952)
kgrossman@omm.com
MARNI B. ROBINOW (S.B. # 313412)
mrobinow@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071
Telephone:  (213) 430 6000
Facsimile:   (213) 430 6407

*Attorneys for Defendants County of
Los Angeles, Fernando Boiteux,
Arthur Lester, and Adam Uehara*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Jeffrey Little,<br><br>                    Plaintiff,<br><br>        v.<br><br>County of Los Angeles, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-04353-JLS-BFM<br><br>**DECLARATION OF RENEE NUANES-DELGADILLO**<br><br>[*Filed concurrently with Defendants' Motion for Summary Judgment, Separate Statement of Uncontroverted Facts in Support of Motion for Summary Judgment, and [Proposed] Order*] |

I, Renee Nuanes-Delgadillo, decare:

1.     I am an Administrative Services Manager, III in the Leadership & Professional Standards Bureau for the County of Los Angeles Fire Department.  I am over 18 years of age, am competent to make this declaration, and state that the facts herein are true and correct.  I make this declaration based on personal knowledge of the facts set forth therein.  I submit this Declaration in support of a Motion for Summary Judgment submitted by Defendants County of Los Angeles, Chief Fernando Boiteux, Chief Adam Uehara, and Chief Arthur Lester.

2.     As part of my responsibilities as an Administrative Services Manager, III, as well as in my prior roles as an Administrative Services Manager, I and Administrative Services Manager, II, I facilitated Interactive Process Meetings ("IPMs") with Fire Department employees who seek a reasonable accommodation due to a medical or religious reason.  As a facilitator, my primary role is gathering information and to ensure compliance with any applicable laws.  As the facilitator of the conversation, I will also routinely take notes on the discussion and then also prepare a written report summarizing the discussion and the results of the IPM.

3.     On June 19, 2023 and June 21, 2023, I facilitated Capt. Jeffrey Little's IPMs as part of his request for a religious accommodation for the June 2023 Pride Month.  Attached as Exhibit A is a true and correct copy of my contemporaneous notes taken during those two IPMs, bearing Bates reference LAC-0001488 to LAC-0001492.

4.     Following those two IPMs, I also prepared a single written report summarizing the discussions during those two IPMs, as well as the outcome of the IPMs.  Attached as Exhibit B is a true and correct copy of my report of Capt. Little's IPMs, bearing Bates reference LAC-0000374 to LAC-0000376.

5.     On May 8, 2024, Capt. Little contacted me via e-mail to request a religious accommodation from EA-231 for the 2024 Pride Month.  Attached as Exhibit C is a true and correct copy of this correspondence, bearing Bates reference

DECL. OF RENEE NUANES-DELGADILLO
2:24-CV-04353-JLS-BFM

LAC-0000499 to LAC-0000517.

6.     On May 29, 2024 and May 31, 2024, I facilitated Capt. Little's IPMs as part of his request for a religious accommodation for the June 2024 Pride Month. Attached as Exhibit D is a true and correct copy of my contemporaneous notes taken during those two IPMs, bearing Bates reference LAC-0001483 to LAC-0001487.

7.     Following those two IPMs, I also prepared a single written report summarizing the discussions during those two IPMs, as well as the outcome of the IPMs.  Attached as Exhibit E is a true and correct copy of my report of Capt. Little's IPMs, bearing Bates reference LAC-0002411 to LAC-0002413.

8.     Capt. Little contacted me via e-mail following his IPM on June 3, 2024 to request information regarding where the Progress Pride Flag would be flown, after which I forwarded his communication to Chiefs Kyle Power and Adam Uehara for further information.  Attached as Exhibit F is a true and correct copy of my e-mail correspondence with Chiefs Power and Uehara, as well as the prior e-mail thread with Capt. Little, bearing Bates reference LAC-0002255 to LAC-0002268.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 17, 2026

By: _____
Renee Nuanes-Delgadillo

DECL. OF RENEE NUANES-DELGADILLO
2:24-CV-04353-JLS-BFM