Message

---

**From:** Renee Nuanes-Delgadillo [PII Redacted]
**Sent:** 6/6/2024 5:12:27 PM
**To:** Kyle Power [PII Redacted]
**CC:** Adam Uehara [PII Redacted]
**Subject:** RE: IPM reply

Thank you for this information Chief.  I appreciate it.

## Renée Nuanes-Delgadillo

*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*County of Los Angeles Fire Department*
*1255 Corporate Center Drive, Suite 407*
*Monterey Park, CA 91754*
[PII Redacted] Phone
(323) 267-1403 Fax

**PII Redacted**



NOTICE/CONFIDENTIAL: This e-mail message and the attached document(s), if any, are intended only for the official and confidential use of the individual(s) or entity to which it is addressed. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering the message and/or attached document(s) to the intended recipient(s), you are hereby given notice that any unauthorized use, dissemination, forwarding or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail or telephone and delete the original message and any attached document(s) from your system.  Thank you.

---

**From:** Kyle Power [PII Redacted]
**Sent:** Thursday, June 6, 2024 10:11 AM
**To:** Renee Nuanes-Delgadillo [PII Redacted]
**Cc:** Adam Uehara [PII Redacted]
**Subject:** Re: IPM reply

We follow the staffing procedures policy for requesting time off. See the attached policy V2-C2-S1.  The both parties that agree to a shift trade will be written on a Form 38.  This is the written agreement.  Once it is complete, Captain Little will need to submit it to myself for another Chief for approval.  In this specific case, Captain Trivette has agreed to change his schedule to shift that Captain Little is normally in.
Currently the flag pole locations  in AREA 33 do not accommodate the three flags specified in the EA due to the size of the flag pole.  So yes, there will not be any clasps added at this time.
Thank You

LAC-0002255



**Kyle Power**

**Lifeguard Division | Section Chief**

**Marine Battalion 300B**

**County of Los Angeles Fire Department**

**C:** [ PII Redacted ]

**O:** [ PII Redacted ]

**Regular Day Off: Su, M, Tu**

---

**From:** Renee Nuanes-Delgadillo [ PII Redacted ]
**Sent:** Thursday, June 6, 2024 9:59 AM
**To:** Kyle Power [ PII Redacted ]
**Cc:** Adam Uehara [ PII Redacted ]
**Subject:** RE: IPM reply

Thank you for confirming this Chief.

Also, do you know which manual or document talks about shift trades for Lifeguards?

Lastly, he referenced that he wants to ensure that no clasps will be added to any locations in Area 33.  Can you confirm this?
Thank you,

*Renée Nuanes-Delgadillo*
*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*County of Los Angeles Fire Department*
*1255 Corporate Center Drive, Suite 407*
*Monterey Park, CA 91754*
[ PII Redacted ] Phone
(323) 267-1403 Fax

**PII Redacted**



NOTICE/CONFIDENTIAL: This e-mail message and the attached document(s), if any, are intended only for the official and confidential use of the individual(s) or entity to which it is addressed. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering the message and/or attached document(s) to the intended recipient(s), you are hereby given notice that any unauthorized use, dissemination, forwarding or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail or telephone and delete the original message and any attached document(s) from your system.  Thank you.

---

**From:** Kyle Power [ PII Redacted ]
**Sent:** Thursday, June 6, 2024 9:54 AM
**To:** Renee Nuanes-Delgadillo [ PII Redacted ]
**Cc:** Adam Uehara [ PII Redacted ]
**Subject:** Re: IPM reply

LAC-0002256

Renee,

Yes. The PPF will not be flown at sites that A33 is supervising. For Wednesdays, when he is regularly scheduled as Area 30, he would normally supervise two subordinates and the HQ that the PPF flag will be flown at Zuma HQ. I will approve a shift trade between him and captain Trivette for Wednesday's in June so that he will be in the Area 33 shift and not be responsible for supervising the two OLS's and facility where the flag is flown. Let me know if you have any questions. Thank You.


Get Outlook for iOS

---

**From:** Renee Nuanes-Delgadillo [PII Redacted]
**Sent:** Thursday, June 6, 2024 9:45 AM
**To:** Kyle Power [PII Redacted]
**Cc:** Adam Uehara [PII Redacted]
**Subject:** FW: IPM reply

Good morning,
Can you please confirm what Captain Little stated below?

The PPF will not be flown at any of the Area 33 locations and that he is going to do a location trade with another Captain for his work location at Zuma beach. If this is correct, where will his new work location be?

Additionally, he is stating that he wants to ensure that no additional clasps are added to the poles so that a PPF is flown.

Thank you,

*Renée Nuanes-Delgadillo*
*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*County of Los Angeles Fire Department*
*1255 Corporate Center Drive, Suite 407*
*Monterey Park, CA 91754*
[PII Redacted] Phone
(323) 267-1403 Fax
**PII Redacted**



NOTICE/CONFIDENTIAL: This e-mail message and the attached document(s), if any, are intended only for the official and confidential use of the individual(s) or entity to which it is addressed. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering the message and/or attached document(s) to the intended recipient(s), you are hereby given notice that any unauthorized use, dissemination, forwarding or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail or telephone and delete the original message and any attached document(s) from your system. Thank you.

LAC-0002257

**From:** Jeff Little [PII Redacted]
**Sent:** Monday, June 3, 2024 10:17 AM
**To:** Renee Nuanes-Delgadillo [PII Redacted]
**Cc:** Greg Crum [PII Redacted]; Kyle Power [PII Redacted]; Rachel Lara [PII Redacted]; Adam Uehara [PII Redacted]; Gregory Crum [PII Redacted]; Greg Crum [PII Redacted]; Joshua Youngkin [PII Redacted]; Paul Jonna [PII Redacted]; Jeffrey Trissell [PII Redacted]
**Subject:** Re: IPM reply

CAUTION: External Email. Proceed Responsibly.

Dear Ms Nuanes-Delgadillo,

I wanted to follow-up on our IPM discussion and provide you an update. It has been confirmed by Chief Power that no flagpoles within Area 33 meet the criteria of EA-232 , so I will not have to supervise and adhere to compliance of EA-232 for my regularly scheduled shifts on Thurs - Sat.  This shift includes Nicholas Beach, Point Dume Beach, and Malibu Beach.  While the department still refuses to publish the locations where the PPF is expected to fly, Chief Power has stated that he has communicated this to Lifeguard Management and the expectation is that no PPF will be flying on those beaches for the duration of June.

For my Wed shifts at Zuma HQ (Area 30) the department has determined that the PPF will be flying and I will still be expected to supervise/monitor compliance/enforce the flying of the PPF flag despite my objections that this infringes on my sincerely held religious beliefs. In light of this,  I took the initiative and have found another Captain to trade shifts with me on those Weds in June so I will not have to supervise the PPF flag compliance. Chief Power has indicated he will approve the trade. I am hopeful that this arrangement  will work this June and get around the weak accommodation so I can still work without my religious beliefs being compromised.

This is not a long-term solution and it doesn't address being required to supervise and adhere to the PPF policy while still having an active direct order over my head stating that I can be disciplined/terminated for not ensuring the PPF EA is followed. It also doesn't address recalls if I am forced to work at another location where the PPFs are being flown. Please add this communication to the IPM record.

Regards,

Jeff Little

On Wed, May 29, 2024 at 11:57 AM Renee Nuanes-Delgadillo [PII Redacted] wrote:

Thank you Captain.

### *Renée Nuanes-Delgadillo*

*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*County of Los Angeles Fire Department*
*1255 Corporate Center Drive, Suite 407*
*Monterey Park, CA 91754*
[PII Redacted] Phone
(323) 267-1403 Fax

PII Redacted

LAC-0002258



NOTICE/CONFIDENTIAL: This e-mail message and the attached document(s), if any, are intended only for the official and confidential use of the individual(s) or entity to which it is addressed. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering the message and/or attached document(s) to the intended recipient(s), you are hereby given notice that any unauthorized use, dissemination, forwarding or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail or telephone and delete the original message and any attached document(s) from your system.  Thank you.

**From:** Jeff Little **PII Redacted**
**Sent:** Wednesday, May 29, 2024 11:24 AM
**To:** Renee Nuanes-Delgadillo **PII Redacted**
**Cc:** Greg Crum **PII Redacted**; Kyle Power **PII Redacted**; Rachel Lara **PII Redacted**; Adam Uehara **PII Redacted**; Gregory Crum **PII Redacted**; Greg Crum **PII Redacted** Joshua Youngkin **PII Redacted**; Paul Jonna **PII Redacted**; Jeffrey Trissell **PII Redacted**
**Subject:** Re: IPM reply

| CAUTION: External Email. Proceed Responsibly. |
|---|

Ms Nuanes - Delgadillo,

See attached Direct Order referenced during IPM discussion.

On Wed, May 29, 2024 at 10:56 AM Renee Nuanes-Delgadillo **PII Redacted** wrote:

I apologize, I just sent you the link.

*Renée Nuanes-Delgadillo*
*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*County of Los Angeles Fire Department*
*1255 Corporate Center Drive, Suite 407*
*Monterey Park, CA 91754*
**PII Redacted** Phone
(323) 267-1403 Fax

**PII Redacted**



NOTICE/CONFIDENTIAL: This e-mail message and the attached document(s), if any, are intended only for the official and confidential use of the individual(s) or entity to which it is addressed. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering the message and/or attached document(s) to the intended recipient(s), you are hereby given notice that any unauthorized use, dissemination, forwarding or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail or telephone and delete the original message and any attached document(s) from your system.  Thank you.

LAC-0002259

**From:** Greg Crum ⌐ **PII Redacted** ⌐
**Sent:** Wednesday, May 29, 2024 10:55 AM
**To:** Jeff Little ⌐ **PII Redacted** ⌐
**Cc:** Renee Nuanes-Delgadillo ⌐ **PII Redacted** ⌐; Kyle Power ⌐ **PII Redacted** ⌐; Rachel Lara ⌐ **PII Redacted** ⌐; Adam Uehara ⌐ **PII Redacted** ⌐; Gregory Crum ⌐ **PII Redacted** ⌐ Greg Crum ⌐ **PII Redacted** ⌐; Joshua Youngkin ⌐ **PII Redacted** ⌐; Paul Jonna ⌐ **PII Redacted** ⌐; Jeffrey Trissell ⌐ **PII Redacted** ⌐
**Subject:** Re: IPM reply

CAUTION: External Email. Proceed Responsibly.

Good morning all,

It is my understanding that Capt. Little's IPM meeting is supposed to take place at 11 AM. As far as I can tell, I have not received a link to the meeting.  At your convenience, please provide a link.

Thanks,
Greg

On Thu, May 23, 2024 at 5:41 PM Jeff Little ⌐ **PII Redacted** ⌐ wrote:

Ms. Nuanes-Delgadillo,

Although I am happy to proceed with the IPM meeting on May 29, I feel I should let you know that I will be filing a lawsuit tomorrow. I would very much like to resolve this issue informally, and am willing to still meet with you, but in light of the fact that I did not hear from you until today—and June 1 is only a week away—I have no choice but to file the lawsuit.

In the attached April 19 letter from my attorneys, I requested a religious accommodation and a response by Friday, May 3. When we did not receive a response, I emailed you on May 8 to request a religious accommodation and asked for a response "no later than by next week"—or by Friday, May 17. As stated in the letter, I have obtained right to sue letters from both the EEOC and CRD and must file my lawsuit by June 24, 2024. When we did not get any response to our letter or email, my lawyers drafted the complaint. If there are attorneys for the Fire Department who should now be brought into this discussion, please forward this to them so that they can communicate with my counsel.

Regards,

Jeff Little

On Thu, May 23, 2024 at 4:43 PM Renee Nuanes-Delgadillo ⌐ **PII Redacted** ⌐ wrote:

Good afternoon,
Yes, that works.  I will send an IPM invite shortly and include your legal representative, Mr. Youngkin.
Thank you,

*Renée Nuanes-Delgadillo*
*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*County of Los Angeles Fire Department*
*1255 Corporate Center Drive, Suite 407*
*Monterey Park, CA 91754*

LAC-0002260

PII Redacted Phone

(323) 267-1403 Fax

PII Redacted



NOTICE/CONFIDENTIAL: This e-mail message and the attached document(s), if any, are intended only for the official and confidential use of the individual(s) or entity to which it is addressed. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering the message and/or attached document(s) to the intended recipient(s), you are hereby given notice that any unauthorized use, dissemination, forwarding or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail or telephone and delete the original message and any attached document(s) from your system. Thank you.

**From:** Jeff Little PII Redacted
**Sent:** Thursday, May 23, 2024 3:41 PM
**To:** Renee Nuanes-Delgadillo PII Redacted
**Cc:** Greg Crum PII Redacted ; Kyle Power PII Redacted Rachel Lara PII Redacted ; Adam Uehara PII Redacted ; Gregory Crum PII Redacted ; Greg Crum PII Redacted ; Joshua Youngkin PII Redacted
**Subject:** Re: IPM reply

CAUTION: External Email. Proceed Responsibly.

Ms Nuanes-Delgadillo-

Adding my legal representation, Joshua Youngkin, who will accompany me during the IPM meeting. I am available Wed May 29, would 11am work for you?

Regards,

Jeff Little

On Thu, May 23, 2024, 11:43 AM Renee Nuanes-Delgadillo PII Redacted wrote:

I apologize, yes. May 28th or May 29th.

*Renée Nuanes-Delgadillo*
*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*County of Los Angeles Fire Department*
*1255 Corporate Center Drive, Suite 407*
*Monterey Park, CA 91754*
PII Redacted Phone

(323) 267-1403 Fax

PII Redacted

LAC-0002261



NOTICE/CONFIDENTIAL: This e-mail message and the attached document(s), if any, are intended only for the official and confidential use of the individual(s) or entity to which it is addressed. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering the message and/or attached document(s) to the intended recipient(s), you are hereby given notice that any unauthorized use, dissemination, forwarding or copying of this communication is strictly prohibited.  If you have received this communication in error, please contact the sender by reply e-mail or telephone and delete the original message and any attached document(s) from your system.  Thank you.

**From:** PII Redacted
**Sent:** Thursday, May 23, 2024 11:34 AM
**To:** Renee Nuanes-Delgadillo PII Redacted
**Cc:** Jeff Little PII Redacted ; Kyle Power PII Redacted ; Rachel Lara PII Redacted ; Adam Uehara PII Redacted ; Gregory Crum PII Redacted ; Greg Crum PII Redacted
**Subject:** Re: IPM reply

CAUTION: External Email. Proceed Responsibly.

Good morning,

I presume the proposed dates are May 28 or 29, not June.

Thank you.

Best,
Greg Crum
LACoLA Board President
PII Redacted

Sent from my iPhone

On May 23, 2024, at 11:29 AM, Renee Nuanes-Delgadillo PII Redacted wrote:

Good morning Captain,
I have received your email and would like to schedule an IPM with you for next week.  Please let me know your availability for Tuesday, June 28th and Wednesday, June 29th.

Thank you,

*Renée Nuanes-Delgadillo*
*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*County of Los Angeles Fire Department*
*1255 Corporate Center Drive, Suite 407*
*Monterey Park, CA 91754*

LAC-0002262

PII Redacted Phone

(323) 267-1403 Fax

PII Redacted

<image001.png>

NOTICE/CONFIDENTIAL: This e-mail message and the attached document(s), if any, are intended only for the official and confidential use of the individual(s) or entity to which it is addressed. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivering the message and/or attached document(s) to the intended recipient(s), you are hereby given notice that any unauthorized use, dissemination, forwarding or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender by reply e-mail or telephone and delete the original message and any attached document(s) from your system. Thank you.

**From:** Jeff Little [PII Redacted]
**Sent:** Wednesday, May 8, 2024 3:10 PM
**To:** Renee Nuanes-Delgadillo [PII Redacted]; Kyle Power [PII Redacted]
**Cc:** Rachel Lara [PII Redacted]; Adam Uehara [PII Redacted]; Gregory Crum [PII Redacted]; Greg Crum [PII Redacted]
**Subject:** Re: IPM reply

**CAUTION:** External Email. Proceed Responsibly.

Adding Chief Kyle Power, my immediate supervisor.

On Wed, May 8, 2024 at 3:06 PM Jeff Little [PII Redacted] wrote:

Ms. Nuanes-Delgadillo & Lifeguard Chain-of-Command -

As you requested of me in the email below, I hereby make my request to the Department and County of Los Angeles for an accommodation of my religious belief, the grant of which would be applied to my work conditions and assignments this June, deemed by the County of Los Angeles to be Pride Month.

Specifically, to accommodate my religious beliefs concerning marriage, sex, and family that conflict with views on these subjects publicly associated with Pride Month (June) and its various symbols, including the Pride Flag and Progress Pride Flag, I hereby request that:

(1) I be exempt this June from the EA-231 requirement of captains/site supervisors to handle, raise, and lower the Pride Flag or Progress Pride Flag at stations/sites to which they've been assigned or otherwise stationed;

(2) I be exempt this June from the Direct Order directing my specific compliance with this requirement of EA-231; and that;

(3) I be exempt this June from any requirement to order, command, or supervise any other person, including any subordinate, colleague, or coworker, to raise, lower, or otherwise handle the Pride Flag or Progress Pride Flag.

To the extent continuation of the IPM from last year is required to negotiate the details of this request for accommodation, I ask that this process start again as soon as possible, but no later than by next week.

Thank you.

Jeff Little

On Mon, Aug 21, 2023 at 3:45 PM Renee Nuanes-Delgadillo [PII Redacted] wrote:

Good Afternoon Captain,
Yes, I did receive your email and apologize for not getting back to you sooner. I have noted the responses you provided on your email dated August 6th. I cannot speak on if there will be a board motion, along with an EA, to have the PPF flown every year

LAC-0002263

moving forward; however, as stated during the IPM and my response on July 31ˢᵗ, if you feel that you need a religious accommodation every year, you can request one through your chain of command and they will being the process.
Thank you,

*Renée Nuanes-Delgadillo*
*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*Leadership & Professional Standards Bureau*
*County of Los Angeles Fire Department*
PII Redacted | Phone

---

**From:** Jeff Little [PII Redacted]
**Sent:** Monday, August 21, 2023 10:51 AM
**To:** Renee Nuanes-Delgadillo [PII Redacted]
**Cc:** Rachel Lara [PII Redacted]; Adam Uehara [PII Redacted]; Gregory Crum [PII Redacted]; Danielle McMillon [PII Redacted]
**Subject:** Re: IPM reply

CAUTION: External Email. Proceed Responsibly.

Dear Ms. Nuanes-Delgadillo:

I write to follow up on my email to you dated August 6, below. If you would, please acknowledge by Wednesday, August 23 your receipt of the August 6 email and advise as to when the County intends to reply. Please provide a specific date by which I may expect a response from the County.

Thank you.

Captain Jeff Little

On Sun, Aug 6, 2023 at 9:28 PM Jeff Little [PII Redacted] wrote:

Thank you for the reply, Ms. Nuanes-Delgadillo. If you would, please clarify the following statement from your July 31 email.

"In regards to your request to have a religious accommodation moving forward every June, and/or, the month that the PPF is flown, you would need to request this through your chain of command the month prior to your need of the accommodation."

This seems to be a rejection of my religious accommodation request for a standing exemption (1) from EA-231 and (2) from Chief Boiteux's direct order dated June 22 (see attachment "Direct Order) that I either fly the PPF myself or ensure it is flown in accordance with EA-231 in the month of June "each year going forward." This is a standing order, thus the request for a standing exemption, meaning an exemption that would not need to be renewed each May, as you direct, since the every-June-going-forward order it applies to is also not in need of renewal each May or at any other point in time.

To be clear, are you saying that this order has been rescinded by virtue of your July 31 email (or by other means) and that that is why the requested religious accommodation would need to be requested each May (or otherwise the month prior to the month of accommodation) going forward? If the direct order and its standing directives are not rescinded, and the request for a standing exemption from the same has been denied, then please provide the legal authority the County relies upon for the denial and any related factual basis in support of the denial. That is, please explain in detail why a standing exemption to the standing direct order has not been granted, if indeed it has not been granted.

If you would, please clarify the following statement.

LAC-0002264

"However, during the IPM it was noted that you would not be required to put up/take down the PPF flag."

I received the standing direct order from Chief Boiteux after the IPM at which the County said I would not be required to personally, directly raise or lower the PPF. This IPM statement and the standing direct order seem to be inconsistent with one another on the issue of whether I am to be exempt from personally, directly raising/lowering the PPF whenever EA-231 would apply to a site to which I have been assigned. Please clarify whether the two are inconsistent with one another and, if so, which of the two is to be followed, if the County's position is that one or the other must be followed. If the County's position is that the two are not inconsistent with one another, and that they are both to be followed, please explain how this can be so.

Also, unlike the standing direct order, the IPM did not cover the issue of whether I would be required to ensure (e.g., by commanding a subordinate) that the PPF is raised/lowered whenever EA-231 would apply to a site to which I have been assigned. The direct order covered the topic and states that there I am not exempt from the responsibility of ensuring that the PPF is flown whenever EA-231 would apply to a site at which I have been assigned. Is it the County's position that I am exempt or not exempt from the responsibility of ensuring that the PPF is flown whenever EA-231 would apply to a site at which I have been assigned?

In view of the above, please clarify the County's position on my request for religious accommodation in the form of a standing exemption from (1) compliance with EA-231 and (2) compliance with Chief Boiteux's standing direct order. Further, please note that my request for accommodation of my religious beliefs includes a request to be exempt from working at a site at which EA-231 applies (i.e., PPF sites) unless the County can demonstrate how assignment to a non-PPF site each June would amount to an undue hardship for the County under the law. Note that this particular request for exemption is also a request for a standing exemption, since EA-231 is by its terms applicable to every June going forward.

In answering the requests for clarification of position above, please also consider the statements below.

In your letter dated July 13, you state that our second IPM meeting involved a "... discussion on Thursday, June 22, 2023." My records indicate that the second IPM meeting occurred on June 21, 2022. Would you please confirm the date of the second IPM?

Now, regarding this statement from the July 13 letter:

You stated that you do not agree to this because it is against your will.

To be clear, my will is to do the will of God, to comply with my religious beliefs and my religious duties to God, even when that means I am unable to fly the PPF, whether directly or indirectly, or work under it. Any reference to "my will" in the context of discussion of religious accommodation should be understood in this sense.

Regarding this statement from the July 13 letter:

"You stated that your major issue is that it is the captain's responsibility to ensure that the crew is flying the PPF flag. You were asked to clarify your concern; is it working in a location where the PPF is flown, or the responsibility of ensuring that the PPF is flown. You replied that your main issue is working in a building where the PPF is flown since it goes against your religious beliefs."

To be clear, the issue of raising the PPF and or working under/near a PPF site is one of association with or even the appearance of endorsement of a message contrary to my religious beliefs, as discussed in a prior email. Raising the PPF through another by command of another is no different from raising it myself. What I cannot do directly without violation of my duty to God I cannot do indirectly by command of another. Any exemption that still requires me to ensure the PPF is flown while exempting me from personally, directly raising the PPF would still present a conflict between my duty to God and this new condition of employment/employment practice.

Thank you.

Captain Jeffrey Little

On Mon, Jul 31, 2023 at 10:50 AM Renee Nuanes-Delgadillo [ PII Redacted ] wrote:

LAC-0002265

Good Morning Captain,

Thank you for your email response below.  I will attach your email to the follow up discussion document that I sent you.  In regards to your request to have a religious accommodation moving forward every June, and/or, the month that the PPF is flown, you would need to request this through your chain of command the month prior to your need of the accommodation. However, during the IPM it was noted that you would not be required to put up/take down the PPF flag.

Please note that I am including Rachel Lara, Chief Uehara, Chief McMillon, and Captain Crum in this response.

Thank you,

*Renée Nuanes-Delgadillo*
*She/Her*
*Risk Management (RM) and Disability Management and Compliance (DMC)*
*Leadership & Professional Standards Bureau*
*County of Los Angeles Fire Department*
PII Redacted | Phone

---

**From:** Jeff Little PII Redacted
**Sent:** Sunday, July 23, 2023 6:11 PM
**To:** Renee Nuanes-Delgadillo PII Redacted
**Subject:** IPM reply

CAUTION: External Email. Proceed Responsibly.

<image002.jpg>
_IPM_6-19-2023_6-21-2023_DiscussionForm.pdf

<image002.jpg>
_EA-231.pdf

<image002.jpg>
_EA-231a.pdf

<image002.jpg>
_386_07.21.23.pdf

Dear Ms. Renée Nuanes-Delgadillo:

I write in response to the attached correspondence dated July 13, 2023. In your correspondence, you state there is a "... right to respond in writing regarding the information provided in this letter," and that the

LAC-0002266

response should be supplied to you "... no later than 10-calendar days from the date of this correspondence."  Please accept this email as the timely exercise of the right of response.

My primary purposes in writing this initial response to your July 13 correspondence is to (1) request an extension of the 10 day response period referred to in your correspondence to 24 days, which if granted would change the deadline for response from today, July 23, 2023, to August 6, 2023, and to (2) provide an initial clarifying response to the content of certain statements/descriptions of our prior exchanges in your July 13 correspondence.

The request for extension of the response period is based on the facts that (a) I have been on leave since June 25 with very limited access to work communications, including your correspondence, which, as a result, I received only on Friday, July 21, and that (b) I have been ordered by Dr. Musher against any return to work prior to September 10, 2023, because of his finding of temporary total disability. See attached Patient Status Report.

In your July 13 correspondence, you describe the following exchange:

You were informed that although you are not the Area 33 Headquarters Captain, it is every captain's responsibility to ensure that the appropriate flags are flown at locations; therefore, there may be extenuating circumstances when you may have to put up or take down the PPF flag. You stated that you do not agree to this because it is against your will. You stated that your major issue is that it is the captain's responsibility to ensure that the crew is flying the PPF flag. You were asked to clarify your concern; is it working in a location where the PPF is flown, or the responsibility of ensuring that the PPF is flown. You replied that your main issue is working in a building where the PPF is flown since it goes against your religious beliefs.

In response to the above, I hereby offer the following additional clarification: the religious beliefs implicated by working in a building or station near the Progress Pride Flag (or any form of the Pride flag), by raising the PPF, or requiring others to raise the PPF at my command may be partly summarized as follows:

God intends sexual intimacy to occur only between a man and a woman who are married to each other. God has commanded that no intimate sexual activity be engaged in outside of a marriage between a man and a woman (Heb. 13:4).

Any form of sexual immorality, such as adultery, fornication, homosexuality, bisexual conduct, bestiality, incest, pedophilia, pornography, any attempt to change one's sex or disagreement with one's biological sex, is sinful and offensive to God (Lev. 18:1–30; Matt. 5:28; Rom. 1:26–29; 1 Cor. 5:1, 6:9; 1 Thess. 4:1–8).

Homosexuality, in particular, is subject to God's wrath of abandonment; it is a matter of choice and not inherited status, and it epitomizes man's ungrateful rebellion against God (Rom. 1:18–28)

The above statements are excerpted from a church website with doctrinal/religious views very similar to those of the church I regularly attend with my family. The statements above at least generally express my sincerely held religious beliefs on social and behavioral matters implicated by the PPF. That is, these same matters are also addressed by and in conflict with the beliefs of the Pride movement and with the messages communicated by the movement's various symbols, slogans and insignia, including but not limited to the PPF and various other Pride flags.

In your July 13 correspondence, you describe the following exchange:

LAC-0002267

"What is it about your religious beliefs that directly impacts your ability to work in a location where the PPF is flown and having to put up and take down the PPF?" You responded that you do not feel comfortable working at a location where the PPF is displayed and that you are not ready to compromise your religious beliefs.

In response to the above, I hereby offer the following additional clarification: I would feel uncomfortable raising and lowering the PPF because of the appearance from the standpoint of the reasonable observer of my endorsement and or celebration of the messages on various sexual behaviors (among other topics) associated with the PPF and similar, which as discussed above conflicts directly with my religious beliefs on the same set of topics.

Further, I would be uncomfortable raising and lowering the PPF because of my sincerely held religious belief that, as a matter of honesty before God and man, I am to avoid even apparent public endorsement of viewpoints on important topics such as sexual morality and identification that I do not in fact endorse, even under threat and duress; raising and lowering the PPF would require my violation of this related but separate additional religious belief. See Acts 5:17-29.

Additionally, my religious accommodation request should not be understood as merely applying to the month of June, 2022, but to every June to which EA-231 may apply. By its terms, and specifically in view of EA-231's omission of any duration term, EA-231 would seemingly apply to every June until it is repealed entirely or is modified to include a duration term. Thus, in determining whether to grant or deny my religious accommodation request, I ask that the County consider the request to apply to June of 2023 *and every June thereafter*. See attached for EA-231.

Due to the short notice of actual receipt of the request to respond to your July 13 correspondence, the above is offered only as illustration of the matters in the correspondence to which I intend to respond. If the request for additional time to respond is granted, I intend to offer additional clarification and elaboration along the lines offered above.

If you would, and as soon as you are able, please let me know of your reply to my requests above by email reply to this email address.

Thank you.

Cpt. Jeff Little

LAC-0002268