DIMITRI D. PORTNOI (S.B. # 282871)
dportnoi@omm.com
KYLE M. GROSSMAN (S.B. # 313952)
kgrossman@omm.com
MARNI B. ROBINOW (S.B. # 313412)
mrobinow@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071
Telephone:    (213) 430 6000
Facsimile:    (213) 430 6407

*Attorneys for Defendants County of Los Angeles,
Fernando Boiteux, Arthur Lester, and Adam Uehara*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Jeffrey Little,<br><br>               Plaintiff,<br><br>    v.<br><br>County of Los Angeles, et al.,<br><br>               Defendants. | Case No. 2:24-cv-04353-JLS-BFM<br><br>**DECLARATION OF BENJAMIN STORMER**<br><br>*[Filed concurrently with Defendants' Motion for Summary Judgment, Separate Statement of Uncontroverted Facts in Support of Motion for Summary Judgment, and [Proposed] Order]* |

DECL. OF BENJAMIN STORMER
2:24-CV-04353-JLS-BFM

I, Benjamin Stormer, decare:

1.     I am the Assistant Executive Director of the County Equity Oversight Panel for the County of Los Angeles Fire Department. I am over 18 years of age, am competent to make this declaration, and state that the facts herein are true and correct. I make this declaration based on personal knowledge of the facts set forth therein. I submit this Declaration in support of a Motion for Summary Judgment submitted by Defendants County of Los Angeles, Chief Fernando Boiteux, Chief Adam Uehara, and Chief Arthur Lester.

2.     As part of my professional responsibilities as the Assistant Executive Director, I supervise a group of supervisors and analysts, who in turn supervise our investigative staff, in reviewing the approximately 7,000 internal County Policy of Equity ("CPOE") complaints my office receives each year. My primary responsibility is to ensure that jurisdictional complaints are investigated, and then once they are investigated, supervising the County Equity Oversight Panel, which consists of ten individuals who review all CPOE internal investigations.

3.     On October 11, 2023, a member of our investigative staff transmitted to the County Equity Oversight Panel an Investigative Report concerning the CPOE complaint filed on behalf of Lauren Gottschalk, ICMS Case # 2023-120504. Attached as Exhibit A to this Declaration is a true and correct copy of the Investigative Report, bearing Bates reference LAC-0000184 to LAC-0000262.

4.     On November 17, 2023, the County Equity Oversight Panel transmitted to the Fire Department Briefing Information and Recommendations concerning the CPOE complaint filed on behalf of Lauren Gottschalk, ICMS Case # 2023-120504. Attached as Exhibit B to this Declaration is a true and correct copy of the Briefing Information and Recommendations, bearing Bates reference LAC-0000172 to LAC-0000174.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: March 4, 2026          By: _____

                                          Benjamin Stormer

DECL. OF BENJAMIN STORMER
2:24-CV-04353-JLS-BFM