# Stormer Declaration, Ex. B

DOCUMENT PROPOSED TO BE FILED UNDER SEAL