# Uehara Declaration, Ex. B

Outlook

**Re: Benefit Time Request**

From Jeffrey Little [PII Redacted]
Date Thu 6/22/2023 12:14 PM
To    Adam Uehara [PII Redacted]
Cc    Gregory Crum [PII Redacted]

Chief Uehara -

Thank you for the response. I came into work today against my will by not wanting to create a recall. My mental and physical health are quickly deteriorating due to my religious convictions being under assault by the department. I cannot live with myself should I proceed to continue to work under these conditions and am forced to compromise my religious convictions. I am notifying you that I will be leaving my shift at 1500 and going home sick. I think it would be best for me to attend to my mental and physical health rather than to be a distraction and to avoid conflict with lifeguard management. I will ensure that all operational notifications will be made in my work location.

Jeff Little – Lifeguard Captain
Los Angeles County Fire Dept.
Will Rogers Beach
Background Investigation Unit
[PII Redacted] Mobile
[PII Redacted]
[PII Redacted]

From: Adam Uehara [PII Redacted]
Sent: Wednesday, June 21, 2023 9:30 PM
To: Jeffrey Little
Cc: Gregory Crum
Subject: Re: Benefit Time Request

Captain Little,

As stated in the IPM, this does not qualify for religious accommodation. I approve time off as long it does not cause a recall. Otherwise, utilizing a TX with other Captains is recommended.

Adam Uehara
Assistant Chief Lifeguard
Lifeguard Division
Los Angeles County Fire Dept.

[PII Redacted] Cell

From: Jeffrey Little [PII Redacted]
Sent: Wednesday, June 21, 2023 5:57 PM
To: Adam Uehara [PII Redacted]
Cc: Gregory Crum [PII Redacted]
Subject: Benefit Time Request

Chief Uehara -

Due to the County changing their mind today on granting me a religious accommodation and at the suggestion of HR for me to request an accommodation through Lifeguard management, I am requesting access to my benefit time for the remainder of the month of June. My schedule for the rest of the month is as follows:

Thur June 22 A33
Sat June 24 A33
Tues June 27 A15
Thurs June 29 A27
Fri June 20 A 27

Jeff Little – Lifeguard Captain
Los Angeles County Fire Dept.
Will Rogers Beach
Background Investigation Unit
[PII Redacted] Mobile
[PII Redacted]
[PII Redacted]

Confidential                                    LAC-0000030