# Uehara Declaration, Ex. C





# COUNTY OF LOS ANGELES
# FIRE DEPARTMENT

ANTHONY C. MARRONE
FIRE CHIEF
FORESTER & FIRE WARDEN

*"Proud Protectors of Life,
the Environment, and Property"*

1320 NORTH EASTERN AVENUE
LOS ANGELES, CALIFORNIA 90063-3294
(323) 881-2401
www.fire.lacounty.gov

**BOARD OF SUPERVISORS**

LINDSEY P. HORVATH, CHAIR
THIRD DISTRICT

HILDA L. SOLIS          HOLLY J. MITCHELL
FIRST DISTRICT          SECOND DISTRICT

JANICE HAHN             KATHRYN BARGER
FOURTH DISTRICT         FIFTH DISTRICT

**I hereby acknowledge receipt of this document**

_____
Employee's Signature

_____
Date

Hand-delivered by:

_____
Print Name

_____
Signature                               Date

October 24, 2024

Captain, Lifeguard Services, Jeffrey Little

### PII Redacted

Dear Captain Little:

## NOTICE OF SUSPENSION

You are hereby notified that effective Monday, November 11, 2024, through and including Monday, November 25, 2024, you will be suspended for 15 calendar days without pay from your position of Captain, Lifeguard Services. During this suspension, your work schedule will be converted into a 40-hour workweek, 5 days per week, 8 hours a day. Your work schedule will revert to a 4/40 on Monday, December 2, 2024. During this suspension period (Monday, November 11, 2024, through Monday, November 25, 2024), you are not authorized to work overtime. You are expected to return to work at your regularly scheduled time on Tuesday, November 26, 2024 and work the remainder of the week on a 5/40 schedule. This suspension is due to your unauthorized removal of the Progress Pride Flag (PPF) from three lifeguard stations, which constituted inappropriate conduct towards others and discrimination based on sexual orientation.

By letter dated July 12, 2024, you were advised of our intent to suspend you for 15 eight-hour days and of the grounds for the proposed suspension. You were also advised of your right to respond orally, in writing, or both. For the purpose of your response, you met with Deputy Fire Chief Michael R. Inman on August 8, 2024.  Also present were Joanne Schaeffer of the Professional Performance Section and your representatives, Jordan Stephens of the Los Angeles County Lifeguard Association and Joshua Youngkin of Limandri & Jonna LLP.

SERVING THE UNINCORPORATED AREAS OF LOS ANGELES COUNTY AND THE CITIES OF:

| | | | | | | |
|---|---|---|---|---|---|---|
| AGOURA HILLS | CARSON | EL MONTE | INGLEWOOD | LAWNDALE | PICO RIVERA | SIGNAL HILL |
| ARTESIA | CERRITOS | GARDENA | IRWINDALE | LOMITA | POMONA | SOUTH EL MONTE |
| AZUSA | CLAREMONT | GLENDORA | LA CANADA-FLINTRIDGE | LYNWOOD | RANCHO PALOS VERDES | SOUTH GATE |
| BALDWIN PARK | COMMERCE | HAWAIIAN GARDENS | LA HABRA | MALIBU | ROLLING HILLS | TEMPLE CITY |
| BELL | COVINA | HAWTHORNE | LA MIRADA | MAYWOOD | ROLLING HILLS ESTATES | VERNON |
| BELL GARDENS | CUDAHY | HERMOSA BEACH | LA PUENTE | NORWALK | ROSEMEAD | WALNUT |
| BELLFLOWER | DIAMOND BAR | HIDDEN HILLS | LAKEWOOD | PALMDALE | SAN DIMAS | WEST HOLLYWOOD |
| BRADBURY | DUARTE | HUNTINGTON PARK | LANCASTER | PALOS VERDES ESTATES | SANTA CLARITA | WESTLAKE VILLAGE |
| CALABASAS | | INDUSTRY | | PARAMOUNT | | WHITTIER |

Captain, Lifeguard Services, Jeffrey Little
October 24, 2024
Page 2 of 10

Your response was given careful consideration; however, the information provided was insufficient for the Department to alter its decision. Therefore, the Department is proceeding with the intended action to suspend you.

The bases for your suspension are your violations of the below listed sections of the Department's <u>Standards of Behavior</u>:

| A. | | In carrying out their official duties and responsibilities, all employees shall: | |
|---|---|---|---|
| | 1. | Abide by and conform to the County's and Department's rules, regulations, policies, and procedures. | |
| | 3. | Perform all assigned duties and responsibilities. | |
| | | b. | Exercise good judgment. |
| | 11. | Treat all persons in a respectful and courteous manner while on duty. | |
| | 22. | Not bring discredit or embarrassment upon the Department through on or off-duty behavior | |

This suspension is also based on your violation of the Department of Human Resources (DHR) Policies, Procedures, and Guidelines (PPG), <u>Policy No. 812 – County Policy of Equity</u> (CPOE), and noncompliance with the Los Angeles County Board of Supervisors (BOS) Policy Manual, Policy 3.100, <u>Flag Policy</u>, September 16, 1997, Modified by Board Order No. 15 on March 7, 2023, and the Department's Executive Action 231 (EA–231), <u>Raising the Progress Pride Flag</u>, which state, in relevant part:

• DHR PPG Policy No. 812, County Policy of Equity

Section 1: Discrimination

Discrimination is the disparate or adverse treatment of an individual based on or because of that individual's age (40 and over); ancestry; color; ethnicity; religious creed (including religious dress and grooming practices); denial of family and medical care leave; disability (including mental and physical disability); marital status; medical condition (cancer and genetic characteristics); genetic information; military and veteran status; national origin (including language use restrictions); race; sex (including pregnancy, childbirth, breastfeeding, and medical conditions related to pregnancy, childbirth, or breastfeeding); gender; gender identity; gender expression; sexual orientation; and any other characteristic protected by state or federal law.

Section 5: Inappropriate Conduct Toward Others

LAC-0001832

Captain, Lifeguard Services, Jeffrey Little
October 24, 2024
Page 3 of 10

Inappropriate conduct toward others is any conduct (based on or because of any of the protected characteristics delineated in this Policy) when such conduct reasonably would be considered inappropriate for the workplace. This provision is intended to stop inappropriate conduct based on a protected status before it becomes discrimination or unlawful harassment. As such, the conduct need not meet legally actionable state and/or federal standards of severe or pervasive to violate this Policy. An isolated derogatory comment, joke, racial slur, sexual innuendo, etc., may constitute conduct that violates this policy and is grounds for discipline, up to and including discharge from County service. Similarly, the conduct need not be unwelcomed to the party against whom it is directed; if the conduct reasonably would be considered inappropriate by the County for the workplace, it may violate this Policy.

Section 12: Additional Duties of All Supervisors and Managers

Supervisors and managers are also responsible for:

- Being aware of, abiding by, and understanding the Policy and Procedures, as well as any modifications that may be made to them;

- Actively monitoring the work environment to ensure that conduct which potentially violates the County Policy of Equity is not occurring;

- Informing County employees under their supervision of the types of prohibitive behavior, and the County's procedures for reporting and resolving complaints arising under the Policy;

- Stopping conduct that potentially violates the Policy and taking immediate and appropriate administrative action whether or not the involved County employees are within their line of supervision;

Supervisors and managers have the foregoing duties whether or not a complaint has been made.

- BOS Policy Manual, Policy 3.100, Flag Policy, September 16, 1997, Modified by Board Order No. 15 on March 7, 2023

  DISPLAY OF OTHER FLAGS

  Pride Progress Flag

Confidential                                                                                      LAC-0001833

Captain, Lifeguard Services, Jeffrey Little
October 24, 2024
Page 4 of 10

On motion by the Board of Supervisors, March 7, 2023, the Progress Pride Flag shall be flown at full-staff during the month of June in recognition of LGBTQ+ Pride Month.  The Pride Progress Flag shall be flown at Los Angeles County facilities where the American and California Flags are displayed.

- Department's EA–231, <u>Raising the Progress Pride Flag</u>, May 25, 2023

On March 7, 2023, the Board of Supervisors passed a motion requiring the Progress Pride flag ('PPF') to be flown at County facilities during the month of June, which will now be recognized as LGBTQ+ Pride month moving forward.

With the exception of Flag Day, June 14th, when the Prisoner of War/Missing in Action flag is flown, the PPF shall be flown as follows:

<u>Single Flagpole</u>

- Clasps for one flag: Fly the United States (U.S.) flag alone.

- Clasps for two flags: Fly the U.S. flag at peak and the PPF flag directly below.

<u>RESPONSIBILITIES</u>

Captains/Site Supervisors shall:

- Ensure flags are received and flown throughout the month of June, as noted above.

In addition, this action is taken pursuant to <u>Civil Service Rule (CSR) 18.031</u>, which states:

Failure of an employee to perform his or her assigned duties so as to meet fully explicitly stated or implied standards of performance may constitute adequate grounds for discharge, reduction or suspension.  Where appropriate, such grounds may include, but are not limited to, qualitative as well as quantitative elements of performance, such as failure to exercise sound judgment, failure to report information accurately and completely, failure to deal effectively with the public, and failure to make productive use of human, financial and other assigned resources.  Grounds for discharge, reduction or suspension may also include any behavior or pattern of behavior which negatively affects an employee's productivity, or which is unbecoming a county employee; or any behavior or condition which impairs an employee's qualifications for his or her position or for continued county employment.

Confidential

Captain, Lifeguard Services, Jeffrey Little
October 24, 2024
Page 5 of 10

This suspension is based on the following specific facts:[1]

Background

On March 7, 2023, the BOS issued Board Order No. 15, ordering for the PPF be flown at County facilities where the American and California flags are displayed to show the County's support for LGBTQ+ communities.

On May 25, 2023, the Department issued EA-231, instructing how the PPFs were to be flown, in accordance with the BOS' order, and specified that captains were responsible for ensuring that PPFs were flown as instructed.

Removal of PPFs from Lifeguard Stations without Authorization

On or around June 21, 2023, you reported for work at Area 17 and saw the PPF flying at the lifeguard stations. You asked subordinate Ocean Lifeguard Specialists (OLSes) if they would feel comfortable if you removed the PPF. They responded that management had directed for the PPFs to be flown. However, you removed the PPFs from the flagpoles at the Dockweiler North, Dockweiler South, and El Segundo lifeguard stations, which made staff uncomfortable and prompted beach patrons to question why the PPFs were taken down.

Administrative Interviews

During your administrative interview with a DHR Deputy Compliance Officer (DCO), you stated that the PPF had not been flown earlier in June 2023. You also stated that subordinate staff did not object to you taking down the PPFs.

During your administrative interview with the Department, you admitted taking down the PPFs at the three Area 17 lifeguard stations without authorization, reasoning that the PPFs should not have been flying in the first place.

The mission of the Los Angeles County Fire Department is to protect lives, the environment, and property by providing prompt, skillful, and cost-effective fire protection, and life safety services.  Moreover, four of the Department's core values include caring, community, and teamwork.

Caring and community entail committing to showing compassion for all members of the community and celebrating diversity. By removing the PPFs, you sent a message that sought to diminish the visibility of the LGBTQ+ community, which showed a lack of care for the struggles and identities of that community. Additionally, your removal of the

---

[1]    The supporting materials attached to the Intent to Suspend dated July 12, 2024 are fully incorporated by reference as if fully set forth in this letter and provides further facts and evidence for the bases of this action.

Confidential                                                                                         LAC-0001835

Captain, Lifeguard Services, Jeffrey Little
October 24, 2024
Page 6 of 10

PPFs was nonconductive to teamwork, because it undermined the County's commitment to fostering a diverse and inclusive work environment for all employees.

Your actions were inappropriate and discriminatory, which created an uncomfortable working environment for your staff. Your misconduct set a poor example for your subordinates, who look to you for guidance and leadership. Your actions were also disruptive, as your removal of the PPFs created confusion and discord among people who witnessed the incident.

As a captain, you are expected to lead by example and adhere to County and Department policies and procedures. Removing the PPFs in front of staff and the public, without first attempting to seek clarification or approval to do so from your management, demonstrated poor judgment and contradicted the BOS' initiative to show support for and inclusion of the LGBTQ+ community. Instead of leading by example, your removal of the PPFs sent a message of disregard for your chain of command. You demonstrated to your subordinates that if they do not agree with management's instructions, they need not comply.

Captain Little, this suspension is due to the seriousness of your misconduct. Your actions were unacceptable and violated the County Policy of Equity and Department's Standards of Behavior.

You are hereby advised that any further violation of the County's policies and procedures, or the Department's Standards of Behavior, may be grounds for more serious disciplinary action, including discharge.

In deciding to take this action, your record was considered as follows:

- Your continuous service date is September 1, 2013;

- You have been employed with the Department since March 30, 2002;

- You have no prior history of administrative actions;

- You signed the Acknowledgement of Employee Responsibilities on February 19, 2020, indicating you received and read that it is the responsibility of every County employee to conduct him/herself in a manner consistent with laws and policies that prohibit unlawful discrimination, including the creation of a hostile work environment based on race, color, gender, disability, sexual orientation, pregnancy, sexual harassment, and retaliation;

- You signed the Employee Acknowledgement and Receipt of County Policy of Equity on February 14, 2020, indicating that you will adhere to the CPOE;

Confidential                                                          LAC-0001836

Captain, Lifeguard Services, Jeffrey Little
October 24, 2024
Page 7 of 10

- You signed the <u>Receipt and Employment Acknowledgement of the Countywide Discipline Guidelines, Revised Standards of Behavior, and Supplemental Discipline Guidelines</u> on January 19, 2017; and

- You received overall ratings on your three most recently available annual performance evaluations as follows:

  - April 1, 2022 – March 31, 2023 ................................... "Very Good"
  - April 1, 2021 – March 31, 2022 ................................... "Competent"
  - July 16, 2020 – March 31, 2021  ................................. "Competent"

In addition, please be advised that in accordance with the Countywide Discipline Guidelines: For Employees and Department's Supplemental Discipline Guidelines, Volume 2, Chapter 1, Subject 5, the ranges of penalties are as follows:

Countywide Discipline Guidelines: For Employees

| OFFENSE | FIRST OCCURRENCE | SECOND OCCURRENCE | THIRD OCCURRENCE |
|---|---|---|---|
| **II. DISRESPECTFUL CONDUCT / INSUBORDINATION** | | | |
| B. Failure to follow established rules or regulations | Warning to 10-Day Suspension | 15 to 30-Day Suspension; Discharge | Reduction or Discharge |
| F. Insubordination or refusal to follow instructions of a supervisor or higher ranking agency personnel, including behavior demonstrating disregard or disrespect of supervisor (or higher ranking agency personnel) or directions of supervisor or higher ranking agency personnel | 1 to 15-Day Suspension; Reduction; Discharge | 30-Day Suspension; Reduction; Discharge | Discharge |

Confidential

LAC-0001837

Captain, Lifeguard Services, Jeffrey Little
October 24, 2024
Page 8 of 10

| IV. INAPPROPRIATE CONDUCT IN VIOLATION OF COUNTY POLICY OF EQUITY | | | | |
|---|---|---|---|---|
| A. | Inappropriate conduct toward others based on protected characteristic(s) when such conduct reasonably would be considered inappropriate for the workplace (See, County Policy of Equity) | Reprimand to 10-Day Suspension | 15 to 30-Day Suspension; Discharge | Discharge |
| B. | Engaging in disparate or adverse treatment of an individual's protected characteristic(s) in violation of the County Policy of Equity (See, County Policy of Equity) | Reprimand to 10-Day Suspension | 20 to 30-Day Suspension; Discharge | Discharge |
| VII. PERFORMANCE TO STANDARDS OR EXPECTATIONS | | | | |
| B. | Discourtesy with fellow employees; may include, but not limited to, disrespectful, insulting, abusive language or conduct | Warning to 10-Day Suspension; Discharge | 15 to 30-Day Suspension; Discharge | Discharge |
| F. | Work performance fails to meet job expectations, standards or requirements - whether implied or explicit | Warning to 10-Day Suspension | 15 to 30-Day Suspension; Reduction | Reduction or Discharge |
| H. | Failure to exercise sound judgment which results in loss of, or injury, or damage to persons or property of the County or of County service | Reprimand to 15-Day Suspension; Reduction; Discharge | 20 to 30-Day Suspension; Reduction; Discharge | Discharge |
| N. | Abuse of supervisory or management authority, or conduct unbecoming a position of authority | Reprimand to 15-Day Suspension; Reduction; Discharge | 20 to 30-Day Suspension; Reduction; Discharge | Discharge |

Confidential

Captain, Lifeguard Services, Jeffrey Little
October 24, 2024
Page 9 of 10

Department's <u>Supplemental Discipline Guidelines</u>

| I.–IX. COUNTYWIDE DISCIPLINE GUIDELINES | | | |
|---|---|---|---|
| **X.   Offenses and Ranges of Discipline** | | | |
| OFFENSE | **FIRST OCCURRENCE** | **SECOND OCCURRENCE** | **THIRD OCCURRENCE** |
| **2.   FAILURE TO ABIDE BY DEPARTMENTAL STANDARDS** | | | |
| F.   Conduct unbecoming or bringing discredit or embarrassment upon the Department through on-duty or off-duty behavior | Reprimand 3-30 days Reduction Discharge | 10-30 days Reduction Discharge | Discharge |
| **3.   PERFORMANCE DEFICIENCIES** | | | |
| D.   Failing to exercise good judgment or to take proper action | Reprimand 3-10 days | 3-10 days 15-30 days | Reduction Discharge |

You are hereby advised that any further violation of the Department's Standards of Behavior may be grounds for more serious disciplinary action.

Please note that the <u>Countywide Discipline Guidelines: For Employees</u> specify:

> It is imperative that management look at the *totality of the circumstances* surrounding a particular offense, or set of offenses, in order to determine the appropriate administrative response.

> Built into these guidelines, is some degree of flexibility in determining the appropriate level of discipline. This may result in an administrative action *more* or less severe than those listed in these guidelines.

> These guidelines approach discipline progressively; however, Management reserves the right to impose discipline *based on the totality of the circumstances*, up to discharge from County service.

> (Emphasis added.)

Please also note that each offense of the <u>Countywide</u> and <u>Supplemental</u> disciplinary guidelines cited above may—and often will—serve as wholly independent bases for the discipline being imposed.

Please be advised that the Employee Assistance Program (EAP) offers professional consultation and referral service for a broad range of personal and job-related issues. You may reach EAP at (213) 433-7202.

Confidential

Captain, Lifeguard Services, Jeffrey Little
October 24, 2024
Page 10 of 10

Pursuant to Civil Service Rules, you may appeal your suspension and request a hearing on this action from the Civil Service Commission. Your request must be in writing, state the action you are appealing, and describe the facts and reasons upon which you are basing your appeal. Your appeal letter must be received by the Civil Service Commission within 15 business days from the service date of this letter. The Civil Service Commission is located at 500 W. Temple Street, #522, Hall of Administration, Los Angeles, CA 90012. Please send a copy of your appeal letter to: Chief, Professional Performance Section, at 1255 Corporate Center Drive, Suite 405, Monterey Park, CA 91754.

You may also respond in writing to this suspension and have your response placed in your personnel file.  If you wish to do so, please submit your response to the Chief, Professional Performance Section, at the above address, within ten business days.

Sincerely,

DEPUTY FIRE CHIEF ROBERT HARRIS
CENTRAL REGIONAL OPERATIONS BUREAU

RH:js


c:      Official Personnel File – Professional Performance Section

Confidential

LAC-0001840