UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CAPTAIN JEFFREY LITTLE, an individual,

        Plaintiff,

    v.

LOS ANGELES COUNTY FIRE DEPARTMENT, a public entity, et al.

        Defendants.

Case No.: 2:24-cv-4353-JLS-PD

**ORDER GRANTING JOINT STIPULATION TO MODIFY SUMMARY JUDGMENT BRIEFING SCHEDULE (Doc. 128)**

The Court has considered Plaintiff and Defendants' Joint Stipulation to Modify the Summary Judgment Briefing Schedule.  (Doc. 128.)  Good cause appearing, the Court GRANTS the Parties' Joint Stipulation.  The last day to file oppositions to the motions for summary judgment (Defs. MSJ, Doc. 114; Pltf MSJ, Doc. 118) is continued to **April 10, 2026**, the last day to file replies in support of the motions is continued to **April 24, 2026**.  The hearings on the motions for summary judgment (Defs. MSJ; Pltf MSJ) are continued to **May 8, 2026 at 10:30 a.m.**

Dated: March 20, 2026

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE