DIMITRI D. PORTNOI (S.B. # 282871)
dportnoi@omm.com
KYLE M. GROSSMAN (S.B. # 313952)
kgrossman@omm.com
MARNI B. ROBINOW (S.B. # 313412)
mrobinow@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071
Telephone:   (213) 430 6000
Facsimile:   (213) 430 6407

*Attorneys for Defendants County of
Los Angeles, Fernando Boiteux,
Arthur Lester, and Adam Uehara*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Jeffrey Little,<br><br>                    Plaintiff,<br><br>        v.<br><br>County of Los Angeles, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-04353-JLS-BFM<br><br>**DECLARATION OF DIMITRI D. PORTNOI IN SUPPORT OF DEFENDANTS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT AND ADDITIONAL MATERIAL FACTS**<br><br>[*Filed concurrently with Opposition to Motion for Partial Summary Judgment; Statement of Genuine Disputes of Material Fact and Additional Material Facts; Defendants' Separate Statement of Evidentiary Objections; and [Proposed] Order*] |

I, Dimitri D. Portnoi, declare:

1. I am a Partner with O'Melveny & Myers. I am over 18 years of age, am competent to make this declaration, and state that the facts herein are true and correct. I make this declaration based on personal knowledge of the facts set forth therein. I submit this Declaration in support of the Statement of Genuine Disputes of Material Fact submitted by Defendants County of Los Angeles, Chief Fernando Boiteux, Chief Adam Uehara, and Chief Arthur Lester.

2. Attached as **Exhibit A** to this declaration is a true and correct excerpted copy of the deposition in this matter of Chief Jon O'Brien, dated December 5, 2025.

3. Attached as **Exhibit B** to this declaration is a true and correct excerpted copy of the deposition in this matter of Chief Fernando Boiteux, dated December 3, 2025.

4. Attached as **Exhibit C** to this declaration is a true and correct excerpted copy of the deposition in this matter of Captain Danielle McMillon, dated November 25, 2025.

5. Attached as **Exhibit D** to this declaration is a true and correct excerpted copy of the deposition in this matter of William Mayfield, dated December 9, 2025 and January 12, 2026.

6. Attached as **Exhibit E** to this declaration is a true and correct excerpted copy of the deposition in this matter of Renee Nuanes-Delgadillo, dated November 24, 2025.

7. Attached as **Exhibit F** to this declaration is a true and correct excerpted copy of the deposition in this matter of Assistant Chief Adam Higa Uehara, dated December 1, 2025.

8. Attached as **Exhibit G** to this declaration is a true and correct excerpted copy of the deposition in this matter of Lauren Gottschalk, dated December 4, 2025.

DECL. OF DIMITRI D. PORTNOI
2:24-CV-04353-JLS-BFM

9.    Attached as **Exhibit H** to this declaration is a true and correct excerpted copy of the deposition in this matter of Julia Kim, dated January 9, 2026.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: April 10, 2026                    By:    /s/ *Dimitri D. Portnoi*
                                                 Dimitri D.  Portnoi

DECL. OF DIMITRI D. PORTNOI
2:24-CV-04353-JLS-BFM