UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 24-04353-JLS-(BFMx) | Date | May 15, 2026 |
|---|---|---|---|
| Title | Jeffrey Little v. Los Angeles Fire Department, et al. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Lidia Perez |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:

Paul Jonna
William Duke
Nathaniel Loyd

ATTORNEYS PRESENT FOR DEFENDANT:

Dimitri Portnoi
Kyle Grossman
Marni Robinow
Bryan Rodriguez

**PROCEEDINGS:    Motion for Summary Judgment as to All Claims filed by Defts Fernando Boiteux (in his official capacity as Lifeguard Division Chief), Arthur Lester (in his personal capacity), LA County Fire Department, Adam Uehara (in his personal capacity) [114] and Motion for Partial Summary Judgment as to Liability filed by Plaintiff Captain Jeffrey Little [118]**

The case is called and counsel state their appearance. Court and counsel confer. The motion hearing is held. The Court takes the motion under submission and a written order will issue.

1 : 18
Initials of Clerk: kd