Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
Joshua A. Youngkin, SBN 332226
 jyoungkin@limandri.com
William T. Duke, SBN 361823
 wduke@limandri.com
LiMANDRI & JONNA LLP
*as Special Counsel to*
 THOMAS MORE SOCIETY
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

*Attorneys for Plaintiff*
*Captain Jeffrey Little*

Nathan Loyd, *pro hac vice*
 nloyd@thomasmoresociety.org
THOMAS MORE SOCIETY
121 West Wacker Drive, Suite 650
Chicago, IL 60601.
Telephone: (312) 782-1680

**FILED**
CLERK, U.S. DISTRICT COURT

**MAY 18 2026**

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CAPTAIN JEFFREY LITTLE,

Plaintiff,

v.

LOS ANGELES COUNTY, et al.

Defendants.

Case No.: 2:24-cv-4353-JLS-BFM

**APPLICATION TO SEAL RE: REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LIMITED REOPENING OF DISCOVERY**

Judge:          Hon. Josephine L. Staton
Courtroom:    8A
Date:            May 29, 2026
Time:            10:30 a.m.

Action Filed:  May 24, 2024

**TO:   THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Captain Jeffrey Little, by and through counsel, will and hereby does apply for an order permitting the sealing of the reply memorandum in support of motion for a limited reopening of discovery. In support of this application to seal, undersigned counsel declares and states as follows:

1. On Tuesday, April 28, 2026, Plaintiff filed a redacted motion for a limited reopening of discovery.

2. Submitted with that motion is a significant amount of material that Defendants have designated as confidential or highly confidential under the protective order.

3. On Friday, May 15, 2026, Plaintiff filed a redacted reply memorandum in support of his motion for a limited reopening of discovery.

4. Submitted herewith are redacted and unredacted versions of the reply papers. Plaintiff requests sealing of:

   a. The unredacted version of "Reply Memorandum in Support of Plaintiff's Motion for Limited Reopening of Discovery."

5. Pursuant to Local Rule 79-5.2.2(b)(i), Plaintiff takes no position on the propriety of sealing and leaves the burden of justifying sealing to Defendants.

The undersigned counsel declare under penalty of perjury, under the laws of California and of the United States, that the foregoing is true and correct.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: May 14, 2026        By: _____

Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Joshua A. Youngkin
Attorneys for Plaintiff
Captain Jeffrey Little

2

APPLICATION TO SEAL RE: REPLY ISO
PLAINTIFF'S MOTION FOR LIMITED REOPENING OF DISCOVERY

**CERTIFICATE OF SERVICE**

*Captain Jeffrey Little v. Los Angeles County Fire Department, et al.*
USDC Court - Central District - Case No.: 2:24-cv-04353-JLS (BFMx)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **APPLICATION TO SEAL RE: REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LIMITED REOPENING OF DISCOVERY;**

- **REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LIMITED REOPENING OF DOCUMENT DISCOVERY - [SEALED VERSION - UNREDACTED]; and**

- **[Proposed] ORDER GRANTING APPLICATION TO SEAL RE: REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR LIMITED REOPENING OF DISCOVERY.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Dimitri D. Portnoi, Esq.
Kyle M. Grossman, Esq.
Marni B. Robinow, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 430 6000; Fax: (213) 430 6407
E-Mail: dportnoi@omm.com
E-Mail: kgrossman@omm.com
E-Mail: mrobinow@omm.com
**Attorneys for Defendants County of Los Angeles, Fernando Boiteux, Arthur Lester, and Adam Uehara**

 X    **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

 X    **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the above is true and correct.

Executed on May 14, 2026, at Rancho Santa Fe, California.

Kathy Denworth



FedEx
Express

TRK# 8186 4549 9150
0215

MON - 18 MAY AA
STANDARD OVERNIGHT    ISR

90012
CA-US
LAX

WZ EMTA

797-1571

pe is only for FedEx Express® ship
us get your package safely to its de        by packing your
ly. Need help? Go to **fedex.com/packaging** for packing tips.

3619439 15May2026 CLDA 58KC3/7A906/484B

FedEx
Express    Package
US Airbill    FedEx
Tracking
Number    8186 4549 9150    Form
ID No.    0215    Recipient's Copy

**1 From**
Date

Sender's
Name    Paul M            Phone

Company

Address            Dept./Floor/Suite/Room

City    RANCHO SANTA FE    State    CA    ZIP

**2 Your Internal Billing Reference**

**3 To**
Recipient's
Name            Phone

Company

Address            Dept./Floor/Suite/Room
We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City    Los Angeles    State    CA    ZIP    90010

**4 Express Package Service**    *To most locations.*    Packages up to 150 lbs.
For packages over 150 lbs., use the
FedEx Express Freight US Airbill.

**Next Business Day**    **2 or 3 Business Days**
☐ FedEx First Overnight    ☐ FedEx 2Day A.M.
☐ FedEx Priority Overnight    ☐ FedEx 2Day
☑ FedEx Standard Overnight    ☐ FedEx Express Saver

**5 Packaging**    *Declared value limit $500.*
☐ FedEx Envelope*    ☐ FedEx Pak*    ☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling and Delivery Signature Options**    Fees may apply. See the FedEx Service Guide.
☐ Saturday Delivery

**Does this shipment contain dangerous goods?**
☐ No    ☐ Yes    ☐ Yes    ☐ Dry Ice
☐ Cargo Aircraft Only

**7 Payment** Bill to:
☐ Sender    ☐ Recipient    ☐ Third Party

Total Packages    Total Weight            lbs.

Rev. Date 4/22 • Part #163134 • ©1994-2022 FedEx • PRINTED IN U.S.A.

611

8186 4549 9150

fedex.com 1.800.GoFedEx 1.800.463.3339

Insert shipping document here.

Sub



Envelope
Recycle me.

Align top of FedEx Express® shipping label here.