# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Fernando Boiteux<br>Adam Uehara |

Name(s) of counsel (if any):

| |
|---|
| Dimitri D. Portnoi (S.B. # 282871)<br>Kyle M. Grossman (S.B. # 313952)<br>Marni B. Robinow (S.B. # 313412) |

Address: 400 South Hope Street, Suite 1900, Los Angeles, California 90071

Telephone number(s): (213) 430 6000

Email(s): dportnoi@omm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Jeffrey Little |

Name(s) of counsel (if any):

| |
|---|
| Charles S. LiMandri (S.B. # 110841), Paul M. Jonna (S.B. # 265389), Jeffrey M. Trissell (S.B. # 292480), Joshua A. Youngkin (S.B. # 332226), William T. Duke (S.B. # 361823), Nathan Loyd (pro hac vice) |

Address: P.O. Box 9120, Rancho Santa Fe, CA 92067

Telephone number(s): (858) 759-9930

Email(s): pjonna@limandri.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                              *1*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*