DIMITRI D. PORTNOI (S.B. # 282871)
dportnoi@omm.com
KYLE M. GROSSMAN (S.B. # 313952)
kgrossman@omm.com
MARNI B. ROBINOW (S.B. # 313412)
mrobinow@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 430 6000
Facsimile: (213) 430 6407

*Attorneys for Defendants County of
Los Angeles, Fernando Boiteux, and Adam
Uehara*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| Jeffrey Little,<br><br>                    Plaintiff,<br><br>       v.<br><br>County of Los Angeles, et al.,<br><br>                    Defendants. | Case No. 2:24-cv-04353-JLS-BFM<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO STAY**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Declaration of Dimitri Portnoi in Support of Motion to Stay; and [Proposed] Order]*<br><br>Hearing Date: August 21, 2026<br>Time: 10:30 a.m.<br>Judge: Hon. Josephine L. Staton<br>Courtroom: 8A<br><br>TAC Filed: October 21, 2025<br>Trial Date: None set |

**TO THE HONORABLE COURT, THE PLAINTIFF, AND HIS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on August 21, 2026, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8A of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendants County of Los Angeles, Fernando Boiteux, and Adam Uehara will, and hereby do, move to stay the proceedings pending the resolution of Defendants' interlocutory appeal.

Defendants' Motion is based on this Notice of Motion; the accompanying Memorandum of Points and Authorities; the accompanying Declaration of Dimitri D. Portnoi; the papers and records on file in this action, and such other written and oral argument as may be presented to the Court.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on June 12, 2026.

Dated: June 17, 2026

/s/ *Dimitri Portnoi*
Dimitri D. Portnoi
Kyle M. Grossman
Marni B. Robinow
O'MELVENY & MYERS LLP

*Attorneys for Defendants County of Los Angeles, Fernando Boiteux, and Adam Uehara*

DEFS.' NOTICE OF MOT. AND
MOT. TO STAY
2:24-CV-04353-JLS-BFM