Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
Joshua A. Youngkin, SBN 332226
 jyoungkin@limandri.com
William T. Duke, SBN 361823
 wduke@limandri.com
LiMANDRI & JONNA LLP
 *as Special Counsel to*
 THOMAS MORE SOCIETY
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Nathan Loyd, *pro hac vice*
 nloyd@thomasmoresociety.org
THOMAS MORE SOCIETY
121 West Wacker Drive, Suite 650
Chicago, IL 60601
Telephone: (312) 782-1680

*Attorneys for Plaintiff*
*Captain Jeffrey Little*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPTAIN JEFFREY LITTLE,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY, et al.<br><br>Defendants. | **Case No.: 2:24-cv-4353-JLS-BFM**<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION TO CERTIFY DEFENDANTS' QUALIFIED IMMUNITY INTERLOCUTORY APPEAL AS FRIVOLOUS OR FORFEITED**<br><br>Judge:     Hon. Josephine L. Staton<br>Courtroom:  8A<br>Date:      September 11, 2026<br>Time:     10:30 a.m.<br><br>Action Filed:  May 24, 2024 |

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on September 11, 2026 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8A of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA 90012, Plaintiff Captain Jeffrey Little, will and hereby does move this Court, pursuant to *Chuman v. Wright*, 960 F.2d 104 (9th Cir. 1992), to certify Defendants Fernando Boiteux and Adam Uehara's interlocutory qualified immunity appeal as frivolous or forfeited.

Plaintiff's motion is made on the grounds that it has been clearly established for several decades that the Free Exercise Clause precludes government decisionmaking based on religious animus, and that such decisionmaking burdens a plaintiff's Free Exercise rights when it places pressure on him to abandon his religious beliefs in favor of government benefits. More, Defendants' appeal argument is premised on requesting the Ninth Circuit to reevaluate this Court's determination that there are genuine disputes of material fact, which it cannot do in an interlocutory qualified immunity appeal.

Plaintiff's motion is supported by the accompanying Memorandum of Points and Authorities, by the Docket in this action, and by such further argument and evidence that may be adduced at any hearing on this matter or of which the Court may take judicial notice.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: July 31, 2026          By: _____
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Joshua A. Youngkin
William T. Duke
Attorneys for Plaintiff
Captain Jeffrey Little

NOTICE OF MOTION & PLAINTIFF'S MOTION TO CERTIFY DEFENDANTS'
QUALIFIED IMMUNITY INTERLOCUTORY APPEAL AS FRIVOLOUS OR FORFEITED

**CERTIFICATE OF SERVICE**

*Captain Jeffrey Little v. Los Angeles County Fire Department, et al.*
USDC Court - Central District - Case No.: 2:24-cv-04353-JLS (BFMx)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

• NOTICE OF MOTION AND PLAINTIFF'S MOTION TO CERTIFY DEFENDANTS' QUALIFIED IMMUNITY INTERLOCUTORY APPEAL AS FRIVOLOUS OR FORFEITED;
• MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY DEFENDANTS' QUALIFIED IMMUNITY INTERLOCUTORY APPEAL AS FRIVOLOUS OR FORFEITED;
• DECLARATION OF PAUL M. JONNA, ESQ., IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY DEFENDANTS' QUALIFIED IMMUNITY INTERLOCUTORY APPEAL AS FRIVOLOUS OR FORFEITED;
• [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CERTIFY DEFENDANTS' QUALIFIED IMMUNITY INTERLOCUTORY APPEAL AS FRIVOLOUS OR FORFEITED.

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Dimitri D. Portnoi, Esq.
Kyle M. Grossman, Esq.
Marni B. Robinow, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 430 6000; Fax: (213) 430 6407
E-Mail:  dportnoi@omm.com
E-Mail:  kgrossman@omm.com
E-Mail:  mrobinow@omm.com
**Attorneys for Defendants County of Los Angeles, Fernando Boiteux, Arthur Lester, and Adam Uehara**

  X   **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

  X   **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the above is true and correct.

Executed on July 31, 2026, at Rancho Santa Fe, California.

Kathy Denworth