Charles S. LiMandri, SBN 110841
cslimandri@limandri.com
Paul M. Jonna, SBN 265389
pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
jtrissell@limandri.com
Joshua A. Youngkin, SBN 332226
jyoungkin@limandri.com
William T. Duke, SBN 361823
wduke@limandri.com
LiMANDRI & JONNA LLP
*as Special Counsel to*
THOMAS MORE SOCIETY
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Nathan Loyd, *pro hac vice*
nloyd@thomasmoresociety.org
THOMAS MORE SOCIETY
121 West Wacker Drive, Suite 650
Chicago, IL 60601.
Telephone: (312) 782-1680

*Attorneys for Plaintiff*
*Captain Jeffrey Little*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CAPTAIN JEFFREY LITTLE, an individual,

Plaintiff,

v.

LOS ANGELES COUNTY FIRE DEPARTMENT, a public entity, et al.

Defendants.

Case No.: 2:24-cv-4353-JLS-PD

**JOINT STIPULATION TO CONTINUE (1) HEARING ON DEFENDANTS' MOTION TO STAY CASE AND PLAINTIFF'S MOTION TO CERTIFY APPEAL AS FRIVOLOUS; AND (2) FINAL PRETRIAL CONFERENCE**

Judge: Hon. Josephine L. Staton
Courtroom: 8A

Action filed: May 24, 2024

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Captain Jeffrey Little, and Defendants County of Los Angeles, Lifeguard Division Chief Fernando Boiteux, Assistant Lifeguard Chief Adam Uehara, and Section Chief Arthur Lester (collectively, "the Parties"), by and through counsel, will and hereby do stipulate to (1) continue the motion hearing on Defendants' motion to stay the case, ECF No. 247, and Plaintiff's cross-motion to certify the appeal as frivolous, ECF No. 258, and (2) continue the Final Pretrial Conference.

In support of this stipulated continuance, undersigned counsel declares and states as follows, which is based on counsels' personal knowledge for matters concerning their actions and information and belief for matters concerning opposing counsel's actions:

1. On June 17, 2026, Defendants Fernando Boiteux and Adam Uehara filed their notice of appeal from the Court's summary judgment order denying them qualified immunity. ECF No. 245. That appeal has been assigned appeal no. 26-3939.

2. On that same day, all Defendants filed a motion for a stay of all proceedings in the case pending resolution of the appeal. ECF No. 247. That motion was originally set for hearing on August 21, 2026.

3. Also on that same day, the parties filed a joint stipulation to continue the Final Pretrial Conference. ECF No. 249. The Court granted that stipulation and continued the Final Pretrial Conference to October 9, 2026, and continued the motion in limine deadline to September 11, 2026. ECF No. 252

4. On July 31, 2026, concurrent with their opposition to Defendants' motion to stay, Plaintiff filed a cross-motion to certify the appeal as frivolous or forfeited so that all district court proceedings can continue. ECF No. 258. That motion was originally set for hearing on September 11, 2026.

///

5. On August 11, 2026, the Court continued the hearing on Defendants' motion to stay to September 11, 2026. ECF No. 261.

6. Counsel for Plaintiff, Paul Jonna, just finished a five-week trial in Alameda County Superior Court, that proceeded from June 24 through July 30. Closing briefs are due by August 27 with closing argument scheduled for September 17. Mr. Jonna is now heading into a ten week trial, with jury selection starting the week of August 24 in San Diego County Superior Court. These back-to-back trials have created scheduling difficulties.

7. Mr. Jonna now has an unavoidable conflict on September 11, 2026. As such, Defendants agreed to continue the hearing on the parties' cross-motions from September 11, 2026, to any of the following: September 25, 2026, October 2, 2026, or October 9, 2026.

8. However, because both the current hearing date of September 11 and the proposed new hearing dates are within a few weeks of, or on the same day as, the Final Pretrial Conference—with motions in limine due by September 11—the parties agree that the Final Pretrial Conference should be continued to provide the Court time to rule on the motions without the parties having to expend resources preparing for trial.

9. This is the parties' second request to continue the Final Pretrial Conference, which has already been continued once to accommodate the above motions.

Now, Plaintiff and Defendants jointly request that the Court continue the pending hearing and Final Pretrial Conference as follows:

- Hearing on Defendants' motion for a stay, ECF No. 247, and Plaintiff's motion to certify the appeal as frivolous, ECF No. 258, to **September 25**, 2026, **October 2**, 2026, or **October 9**, 2026. Plaintiff's reply in support of its motion remains due by August 28, 2026.
- Final Pretrial Conference to **90 days after the Court rules on the pending motions**. Motions in limine must be filed no later than twenty-eight days in

advance of the Final Pretrial Conference.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: August 24, 2026 By: */s/ Paul M. Jonna*
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Joshua A. Youngkin
William T. Duke
Attorneys for Plaintiff Captain Jeffrey Little

O'MELVENY & MYERS LLP

Dated: August 24, 2026 By: */s/ Dimitri D. Portnoi*
Dimitri D. Portnoi
Kyle M. Grossman
Marni B. Robinow
Attorneys for Defendants County of Los Angeles, Fernando Boiteux, Adam Uehara

**Certification in Compliance with Local Rule 5-4.3.4**

I hereby certify that, pursuant to Local Rule 5-4.3.4, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

Dated: August 24, 2026 By: */s/ Paul M. Jonna*
Paul M. Jonna

**CERTIFICATE OF SERVICE**

*Captain Jeffrey Little v. Los Angeles County Fire Department, et al.*
USDC Court - Central District - Case No.: 2:24-cv-04353-JLS (BFMx)

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **JOINT STIPULATION TO CONTINUE (1) HEARING ON DEFENDANTS' MOTION TO STAY CASE AND PLAINTIFF'S MOTION TO CERTIFY APPEAL AS FRIVOLOUS; AND (2) FINAL PRETRIAL CONFERENCE;**
- **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION HEARING AND FINAL PRETRIAL CONFERENCE.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Dimitri D. Portnoi, Esq.
Kyle M. Grossman, Esq.
Marni B. Robinow, Esq.
O'MELVENY & MYERS LLP
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Tel: (213) 430 6000; Fax: (213) 430 6407
E-Mail: dportnoi@omm.com
E-Mail: kgrossman@omm.com
E-Mail: mrobinow@omm.com
**Attorneys for Defendants County of Los Angeles, Fernando Boiteux, Arthur Lester, and Adam Uehara**

_X_ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

_X_ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the United States and the State of California, that the above is true and correct.

Executed on August 24, 2026, at Rancho Santa Fe, California.

Kathy Denworth