Charles S. LiMandri, SBN 110841
cslimandri@limandri.com
Paul M. Jonna, SBN 265389
pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
jtrissell@limandri.com
Joshua A. Youngkin, SBN 332226
jyoungkin@limandri.com
William T. Duke, SBN 361823
wduke@limandri.com
LiMANDRI & JONNA LLP
*as Special Counsel to*
THOMAS MORE SOCIETY
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

*Attorneys for Plaintiff*
*Captain Jeffrey Little*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CAPTAIN JEFFREY LITTLE, an individual,

Plaintiff,

v.

LOS ANGELES COUNTY FIRE DEPARTMENT, a public entity, et al.

Defendants.

Case No.: 2:24-cv-4353-JLS-PD

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION HEARING AND FINAL PRETRIAL CONFERENCE**

Judge: Hon. Josephine L. Staton
Courtroom: 8A

Action filed: May 24, 2024

The Court has considered Plaintiff and Defendants' Joint Stipulation to Continue (1) Hearing on Defendants' Motion to Stay Case and Plaintiff's Motion to Certify Appeal as Frivolous; and (2) Final Pretrial Conference and related dates. Good cause appearing, the Court GRANTS the Parties' Joint Stipulation.

The hearing on the parties' cross-motions, ECF Nos. 247 and 258, are continued to **__________, 2026**, at 10:30 a.m.

The Final Pretrial Conference is vacated and will be reset for approximately 90 days after the Court rules on the pending motions. Once reset, all other deadlines keyed to the date of the Final Pretrial Conference under the Local Rules and this Court's orders shall be adjusted in accordance with the continued Final Pretrial Conference date. Additionally, the deadline to file motions in limine is continued; motions in limine must be filed no later than **twenty-eight (28) days** in advance of the Final Pretrial Conference.

**IT IS SO ORDERED.**

Dated:__ ______________, 2026

_____________________________
Hon. Josephine L. Staton
United States District Judge