NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPTAIN JEFFREY LITTLE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY FIRE DEPARTMENT, a public entity, et al.<br><br>Defendants. | Case No.: 2:24-cv-4353-JLS-BFM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MOTION HEARINGS AND FINAL PRETRIAL CONFERENCE (Doc. 264)** |

The Court has considered Plaintiff and Defendants' Joint Stipulation to Continue (1) Hearing on Defendants' Motion to Stay Case and Plaintiff's Motion to Certify Appeal as Frivolous; and (2) Final Pretrial Conference and related dates. Good cause appearing, the Court GRANTS the Parties' Joint Stipulation.

The hearings on Defendants' Motion to Stay Case (Doc. 247) and Plaintiff's Motion to Certify Appeal as Frivolous (Doc. 258) are continued to **October 9, 2026**, at 10:30 a.m. Plaintiff's reply in support of its motion remains due by August 28, 2026.

The Final Pretrial Conference is continued to **December 4, 2026**, at 10:30 a.m. All other deadlines keyed to the date of the Final Pretrial Conference under the Local Rules and this Court's orders shall be adjusted in accordance with the continued Final Pretrial Conference date. Additionally, the deadline to file motions in limine is continued; motions in limine must be filed no later than **twenty-eight (28) days** in advance of the Final Pretrial Conference.

Dated: August 25, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE